**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> GARDEN FRESH RESTAURANT INTERMEDIATE HOLDING, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 46-1127513 | Chapter 11 <br><br> Case No. 16-12174 (___) |
| In re: <br><br> GARDEN FRESH HOLDINGS, INC., <br><br> Debtor. <br><br> Tax I.D. No. 20-0818804 | Chapter 11 <br><br> Case No. 16-12175 (___) |
| In re: <br><br> GF HOLDINGS, INC., <br><br> Debtor. <br><br> Tax I.D. No. 20-0818789 | Chapter 11 <br><br> Case No. 16-12176 (___) |
| In re: <br><br> GARDEN FRESH RESTAURANT CORP., <br><br> Debtor. <br><br> Tax I.D. No. 33-0028786 | Chapter 11 <br><br> Case No. 16-12177 (___) |
| In re: <br><br> GARDEN FRESH PROMOTIONS, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 27-3961376 | Chapter 11 <br><br> Case No. 16-12178 (___) |

### DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Garden Fresh Restaurant Intermediate Holding, LLC and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor" and, collectively, the "Debtors") hereby submit this motion (the "Motion") for the entry of an order, substantially in the form attached hereto as Exhibit A, pursuant to sections 101(2) and 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rules 1015-1 and 9013-1(m), directing the joint administration of the Debtors' chapter 11 cases.  The facts and circumstances supporting this Motion are set forth in the concurrently filed *Declaration of John D. Morberg in Support of the Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration").[1]  In further support of this Motion, the Debtors respectfully state as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief sought herein are sections 101(2) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rules 1015-1 and 9013-1(m).

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

**BACKGROUND**

2. On the date hereof (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Concurrently with this Motion, the Debtors have also filed certain other motions and applications seeking certain "first day" relief.

3. The Debtors have continued in possession of their properties and have continued to operate and maintain their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. No request has been made for the appointment of a trustee or examiner and no official committee has been established in these chapter 11 cases.

5. Additional information about the Debtors' business and the events leading up to the Petition Date can be found in the First Day Declaration, which is incorporated herein by reference.

**RELIEF REQUESTED**

6. By this Motion, the Debtors seek an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rules 1015-1 and 9013-1(m), directing the joint administration of these chapter 11 cases for procedural purposes only. Specifically, the Debtors request that the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Clerk of the Court") maintain one file and one docket for all of the jointly administered cases under the case number of Garden Fresh Restaurant Intermediate Holding, LLC and that the Clerk of the Court administer the cases under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT<br>INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-12174 (___)<br><br>(Jointly Administered) |

---

[1]　The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376).  The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

7.　　　　In addition, the Debtors request that a docket entry, substantially similar to the following, be made on the docket of each of the Debtor's chapter 11 cases (except that of Garden Fresh Restaurant Intermediate Holding, LLC):

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Garden Fresh Restaurant Intermediate Holding, LLC, Garden Fresh Holdings, Inc., GF Holdings, Inc., Garden Fresh Restaurant Corp., and Garden Fresh Promotions, LLC.  **The docket in the chapter 11 case of Garden Fresh Restaurant Intermediate Holding, LLC, Case No. 16-12174 (___), should be consulted for all matters affecting this case**.

**BASIS FOR RELIEF**

8.　　　　Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates."  Fed R. Bankr. P. 1015(b).  Section 105(a) of the Bankruptcy Code also provides the Court with the power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."  Further, Local Rule 1015-1 provides additional authority for the Court to order joint administration of chapter 11 cases upon the filing

4

of a motion supported by a declaration establishing that joint administration of two or more pending cases will ease the administrative burden of the Court and the parties.

9. As described in the First Day Declaration, Garden Fresh Holdings, Inc., GF Holdings, Inc., Garden Fresh Restaurant Corp., and Garden Fresh Promotions, LLC are, directly or indirectly, wholly-owned subsidiaries of Garden Fresh Restaurant Intermediate Holding, LLC and, therefore, all these Debtors are "affiliates" as defined in section 101(2) of the Bankruptcy Code. Given the commercial and corporate relationships among the Debtors, joint administration of these chapter 11 cases will provide administrative convenience without harming the substantive rights of any party in interest. Many of the motions, hearings and orders that will arise in these chapter 11 cases will affect each and every Debtor. Thus, the entry of an order directing joint administration of these cases will reduce fees and costs by, for example, avoiding duplicative filings and objections. Moreover, joint administration will also simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee for the District of Delaware and allow all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

10. Further, joint administration of these chapter 11 cases will not give rise to any conflicts of interest among the Debtors' estates, nor will it prejudice or adversely affect the rights of the Debtors' creditors, because the Debtors seek only administrative, not substantive, consolidation of their estates. Parties in interest will not be harmed by the relief requested, but, instead, will benefit from the cost reductions associated with the joint administration of these cases.

11. For these reasons, the Debtors respectfully submit that the joint administration of these cases is appropriate and is in the best interests of the Debtors, their estates, their creditors and all other parties in interest, and therefore this Motion should be granted.

## **NOTICE**

12. Notice of this Motion has been provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the Office of the United States Attorney for the District of Delaware; (iii) the Internal Revenue Service; (iv) the Debtors' thirty (30) largest unsecured creditors; (v) the Prepetition Secured Parties; and (vi) the lenders under the proposed debtor in possession financing facility. Notice of this Motion and any order entered hereon will be served in accordance with Rule 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter the order substantially in the form annexed hereto as Exhibit A, granting the relief requested herein and such further relief as may be just and proper under the circumstances.

Dated: October 3, 2016
     Wilmington, Delaware

**MORGAN, LEWIS & BOCKIUS LLP**
Neil E. Herman (*pro hac vice* pending)
James O. Moore (*pro hac vice* pending)
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000

- and –

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Ian J. Bambrick (No. 5455)
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600

*Proposed Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT A**

## **Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> GARDEN FRESH RESTAURANT INTERMEDIATE HOLDING, LLC, <br><br>            Debtor. <br><br> Tax I.D. No. 46-1127513 | Chapter 11 <br><br> Case No. 16-12174 (___) |
| In re: <br><br> GARDEN FRESH HOLDINGS, INC., <br><br>            Debtor. <br><br> Tax I.D. No. 20-0818804 | Chapter 11 <br><br> Case No. 16-12175 (___) |
| In re: <br><br> GF HOLDINGS, INC., <br><br>            Debtor. <br><br> Tax I.D. No. 20-0818789 | Chapter 11 <br><br> Case No. 16-12176 (___) |
| In re: <br><br> GARDEN FRESH RESTAURANT CORP., <br><br>            Debtor. <br><br> Tax I.D. No. 33-0028786 | Chapter 11 <br><br> Case No. 16-12177 (___) |
| In re: <br><br> GARDEN FRESH PROMOTIONS, LLC, <br><br>            Debtor. <br><br> Tax I.D. No. 27-3961376 | Chapter 11 <br><br> Case No. 16-12178 (___) <br><br> **Ref. Docket No.** _____ |

## ORDER DIRECTING THE JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[1] of Garden Fresh Restaurant Intermediate Holding, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to sections 101(2) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rules 1015-1 and 9013-1(m), directing the joint administration of these chapter 11 cases and the consolidation thereof for procedural purposes only, all as more fully set forth in the Motion; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* dated February 29, 2012, from the United States District Court for the District of Delaware; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. These chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. The Clerk of the Court shall maintain one file and one docket for all of these chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Garden Fresh Restaurant Intermediate Holding, LLC, Case No. 16-12174 (____).

4. All pleadings filed in these chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT<br>INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 16-12174 (___)<br><br>(Jointly Administered) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376). The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

5. The Clerk of the Court shall make a docket entry in each Debtor's chapter 11 case (except that of Garden Fresh Restaurant Intermediate Holding, LLC) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Garden Fresh Restaurant Intermediate Holding, LLC, Garden Fresh Holdings, Inc., GF Holdings, Inc., Garden Fresh Restaurant Corp., and Garden Fresh Promotions, LLC. **The docket in the chapter 11 case of Garden Fresh Restaurant Intermediate Holding, LLC, Case No. 16-12174 (___), should be consulted for all matters affecting this case**.

6. One consolidated docket, one file and one consolidated service list shall be maintained for the chapter 11 cases by the Debtors and kept by the Clerk of the Court.

7.    The Debtors and the Clerk of the Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.    Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____
      Wilmington, Delaware

                                          UNITED STATES BANKRUPTCY JUDGE