**EXHIBIT "B"**



**PRODUCE ALLIANCE**

Phone:
Fax:

PLEASE NOTE NEW
REMITTANCE ADDRESS:

PRODUCE ALLIANCE, LLC
P.O. BOX 7762
CAROL STREAM, IL 60197-7762

**INVOICE**

| | |
|---|---|
| Number | 00274281 |
| Date | 10/01/16 |
| Ship | 10/01/16 |
| Pay Terms | NET 30 DAYS |

Page
1 of 1

Sold To: SWEET TOMATOES #21
31151 US ROUTE 19 NORTH
PALM HARBOR, FL 34684

Ship To: SWEET TOMATOES #21
31151 US ROUTE 19 NORTH
PALM HARBOR, FL 34684

| Sales Terms: | Delivered | Salesperson: | Central Billing | Carrier: | |
|---|---|---|---|---|---|
| Order: | 00274281 | Sale Type: | Delivered | Trailer Licence: | St: |
| Cust PO: | 475803 | Currency: | | | |

| Description | Pack Size | Origin | Quantity | * Price | Amount |
|---|---|---|---|---|---|
| CAULIFLOWER 12 CT | FLAT | | 1 | 22.14 | 22.14 |
| GRAPES RED SEEDLESS 18# | CASE | | 2 | 26.21 | 52.42 |
| LETTUCE ICEBERG LINER 24CT | CASE | | 2 | 23.71 | 47.42 |
| SPRING MIX 4/3# | CASE | | 1 | 22.84 | 22.84 |
| MUSHROOM MEDIUM 10# | CASE | | 4 | 17.95 | 71.80 |
| POTATO IDAHO 120 CT | CASE | | 1 | 17.51 | 17.51 |
| POTATO SWEET MEDIUM 40# | CASE | | 1 | 14.70 | 14.70 |
| LETTUCE ROMAINE MINI BIN 50# | M/BIN | | 4 | 30.64 | 122.56 |
| SPINACH FLAT LEAF 4/2.5# | CASE | | 3 | 17.24 | 51.72 |
| TOMATO ROMA 25# | CASE | | 1 | 18.43 | 18.43 |
| TOMATO GRAPE RED 20# | CASE | | 3 | 23.65 | 70.95 |
| BROCCOLI CROWNS 20# | CASE | | 1 | 21.65 | 21.65 |
| DAIRY MILK 2% 5 GALLON | CASE | | 1 | 21.80 | 21.80 |

|   |   |   |
|---|---|---|
|   | Sub Total | 555.94 |
|   | Tax | .00 |
| 0 | *Total | 555.94 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived for these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. *This invoice may not reflect any rebates, incentives, or discounts of any kind granted to customer. A service charge of 1-1/2% per month (18% per year) will be assessed on all past due accounts. Any legal action to enforce our rights hereunder shall include the service charge stated above, collection costs and expenses and attorney's fees.



PRODUCE ALLIANCE

**INVOICE**

| | |
|---|---|
| Number | 00274296 |
| Date | 10/01/16 |
| Ship | 10/01/16 |
| Pay Terms | NET 30 DAYS |

PLEASE NOTE NEW REMITTANCE ADDRESS:

Phone:
Fax:

PRODUCE ALLIANCE, LLC
P.O. BOX 7762
CAROL STREAM, IL 60197-7762

Page 1 of 1

| Sold To: | SWEET TOMATOES CK #803<br>31151 US ROUTE 19 NORTH<br>PALM HARBOR, FL 34684 | Ship To: | SWEET TOMATOES CK #803<br>31151 US ROUTE 19 NORTH<br>PALM HARBOR, FL 34684 |
|---|---|---|---|

| Sales Terms: | Delivered | Salesperson: | Central Billing | Carrier: | |
|---|---|---|---|---|---|
| Order: | 00274296 | Sale Type: | Delivered | Trailer Licence: | St: |
| Cust PO: | 476034 | Currency: | | | |

| Description | Pack Size | Origin | Quantity | * Price | Amount |
|---|---|---|---|---|---|
| BASIL 1# | BAG | | 5 | 7.70 | 38.50 |
| BEETS RED 25# | BAG | | 2 | 19.09 | 38.18 |
| CELERY 24 CT | CASE | | 3 | 27.22 | 81.66 |
| CUCUMBER 1 1/9 BUSHEL | BUSHEL | | 4 | 18.88 | 75.52 |
| MUSHROOM MEDIUM 10# | CASE | | 8 | 17.95 | 143.60 |
| CABBAGE NAPPA 30# | CASE | | 3 | 22.08 | 66.24 |
| ONIONS DICED 1/4" 4/5# | CASE | | 4 | 20.44 | 81.76 |
| ONION GREEN 4/2# | CASE | | 10 | 15.95 | 159.50 |
| ONION RED JUMBO 50# | CASE | | 3 | 24.86 | 74.58 |
| PARSLEY CURLEY 60 CT | CASE | | 1 | 22.84 | 22.84 |
| PEPPER GREEN BELL MED 1 1/9 BU | CASE | | 6 | 19.35 | 116.10 |
| PEPPER RED BELL 1 1/9 BU | CASE | | 1 | 27.35 | 27.35 |
| POTATO RED A NO 2 50# | CASE | | 6 | 17.86 | 107.16 |
| RADISH BULK 25# | CASE | | 3 | 20.33 | 60.99 |
| ROSEMARY 1# | LB | | 2 | 8.70 | 17.40 |
| SQUASH ZUCCHINI MEDIUM 20# | CASE | | 6 | 16.61 | 99.66 |
| TOMATO ROMA 25# | CASE | | 1 | 18.43 | 18.43 |
| CARROT JUMBO 50# | BAG | | 1 | 22.23 | 22.23 |
| BROCCOLI CROWNS 20# | CASE | | 18 | 21.65 | 389.70 |
| CABBAGE GREEN 45# | CASE | | 2 | 19.08 | 38.16 |
| CARROTS PEELED 2" PLUG 50# | CASE | | 4 | 26.93 | 107.72 |
| POTATO WHITE ROSE #2 50# | CASE | | 3 | 16.86 | 50.58 |

| | | |
|---|---|---|
| | Sub Total | 1837.86 |
| | Tax | .00 |
| 0 | *Total | 1837.86 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived for these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. *This invoice may not reflect any rebates, incentives, or discounts of any kind granted to customer. A service charge of 1-1/2% per month (18% per year) will be assessed on all past due accounts. Any legal action to enforce our rights hereunder shall include the service charge stated above, collection costs and expenses and attorney's fees.