**EXHIBIT "C"**

**USDA Agricultural Marketing Service**

## Fruit and Vegetable Programs
## Search PACA

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 19962548 | 9/10/1996 | 9/10/2017 | Active |

**Business Name**
PRODUCE ALLIANCE LLC

| Business Address | City | State | Zip |
|---|---|---|---|
| 100 LEXINGTON DR STE 201 | BUFFALO GROVE | IL | 60089 |

| Web Address | Email | Phone | Fax |
|---|---|---|---|
| WWW.PRODUCEALLIANCE.COM | ROB@PRODUCEALLIANCE.COM | 847 808-3230 | 847 808-7805 |

Mailing Address    City    State Zip

**Reported Principal
(Last Name, First Name)**

COLLIER, JOE D
FELDGREBER, ROBERT
WILLIAMS, MICHAEL E
MELSHENKER, GEORGE P
WEBER, SCOTT
ACKERMAN, MELISSA
CJS LLC,
KRAUS, TRACI
KRAUS, DAVID

**Trade Names** None

**Branch Name , Branch City , Branch State**

PRODUCE ALLIANCE LLC. SUWANEE, GA
PRODUCE ALLIANCE LLC. CHICAGO, IL
PRODUCE ALLIANCE LLC. NASHVILLE, TN
PRODUCE ALLIANCE LLC. SALINAS, CA

To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firm's license, please contact us at:
1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov
To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:
1 (800) 495-7222, then Option #2
To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:
1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov
To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:
1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov
To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:
1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov