# **SCHEDULE I**

## **Schedule of Deposits**

01:19354766.2

| Account # | Vendor Name | Deposit |
|---|---|---|
| 40654202 | Alameda County Water District | 36 |
| 40654215 | Alameda County Water District | 945 |
| 1299579560 | Albuquerque Bernalillo County Water | 6 |
| 1701849560 | Albuquerque Bernalillo County Water | 1,100 |
| 4124579759 | Albuquerque Bernalillo County Water | 689 |
| 8183722253 | Albuquerque Bernalillo County Water | 6 |
| 8446659781 | Albuquerque Bernalillo County Water | 43 |
| 8601849560 | Albuquerque Bernalillo County Water | 598 |
| 04051-28008 | Ameren Missouri | 2,450 |
| 362957 | American Water & Energy Savers | 367 |
| 275752280 | APS/Arizona Public Service | 2,607 |
| 691763288 | APS/Arizona Public Service | 3,118 |
| 929465280 | APS/Arizona Public Service | 2,896 |
| 3026093486 | Atmos Energy/790311 | 431 |
| 3026093799 | Atmos Energy/790311 | 228 |
| 3031806188 | Atmos Energy/790311 | 468 |
| 3031806455 | Atmos Energy/790311 | 535 |
| 3031806697 | Atmos Energy/790311 | 189 |
| 59293-47128 | Aurora Water/City of Aurora, CO | 1,030 |
| 3034231 | Broward County Comm - Public Works Dept | 815 |
| 3034232 | Broward County Comm - Public Works Dept | 73 |
| 0128400000 | California Water Service-Torrance | 633 |
| 6436422222 | California Water Service-Torrance | 46 |
| 66894 | CenterPoint Energy Services/301149 | 322 |
| 66904 | CenterPoint Energy Services/301149 | 326 |
| 104057 | CenterPoint Energy Services/5603 | 250 |
| 130-43476 | CenterPoint Energy Services/5603 | 466 |
| 130-43478 | CenterPoint Energy Services/5603 | 775 |
| 130-43479 | CenterPoint Energy Services/5603 | 463 |
| 130-43480 | CenterPoint Energy Services/5603 | 447 |
| 3920664-4 | CenterPoint Energy/1325/4981/2628 | 1,135 |
| 4031212-6 | CenterPoint Energy/1325/4981/2628 | 350 |
| 4421731-3 | CenterPoint Energy/1325/4981/2628 | 411 |
| 4509353-1 | CenterPoint Energy/1325/4981/2628 | 269 |
| 021376-000 | City of Alhambra, CA | 1,671 |
| 204100-106160 | City of Altamonte Springs, FL | 38 |
| 204100-39820 | City of Altamonte Springs, FL | 1,496 |
| 0039-095000.02 | City of Arcadia, CA | 14 |
| 0039-096000.00 | City of Arcadia, CA | 863 |
| 20-0817.302 | City of Arlington, TX | 993 |
| 0152216300 | City of Atlanta, GA-Dept of Watershed Mg | 2,522 |
| 0157479300 | City of Atlanta, GA-Dept of Watershed Mg | 8 |
| 196207-39327 | City of Aurora, IL | 959 |

01:19354766.2

| Account # | Vendor Name | Deposit |
|---|---|---|
| 93447-2003530 | City of Boca Raton, FL | 2,156 |
| 93447-454622 | City of Boca Raton, FL | 1,190 |
| 211-4450-01 | City of Brea, CA | 557 |
| 211-4455-00 | City of Brea, CA | 7 |
| 34831-104054 | City of Camarillo, CA | 77 |
| 34831-93116 | City of Camarillo, CA | 1,263 |
| 2704450-00 | City of Carlsbad, CA | 1,495 |
| 4027592 | City of Clearwater, FL | 918 |
| 100378834 | City of Dallas, TX | 816 |
| 6113-002000-00 | City of Fountain Valley, CA | 1,335 |
| 113387-212088 | City of Fresno, CA | 41 |
| 113387-224508 | City of Fresno, CA | 641 |
| 05706298 | City of Fullerton, CA | 3,611 |
| 07205040 | City of Fullerton, CA | 880 |
| 010239520 | City of Garden Grove, CA | 1,392 |
| 010239670 | City of Garden Grove, CA | 35 |
| 248981-232436 | City of Hollywood, FL | 2,101 |
| 4327-7212-9024 | City of Houston, TX - Water/Wastewater | 1,907 |
| 4327-7213-0022 | City of Houston, TX - Water/Wastewater | 343 |
| 506836 | City of Irving, TX | 1,304 |
| 82083000-43538 | City of Lakewood, CA | 1,071 |
| 82083100-43539 | City of Lakewood, CA | 43 |
| 03-302-06942-0010 | City of Pembroke Pines, FL | 1,204 |
| 00018454-00 | City of Peoria, AZ | 516 |
| 00021548-00 | City of Peoria, AZ | 621 |
| 0276720000 | City of Phoenix, AZ - 29100 | 3 |
| 3176720000 | City of Phoenix, AZ - 29100 | 1,323 |
| 4176720000 | City of Phoenix, AZ - 29100 | 275 |
| 5805040000 | City of Phoenix, AZ - 29100 | 1,477 |
| 9024900000 | City of Phoenix, AZ - 29100 | 1,193 |
| 102287 | City of Pleasanton, CA | 1,951 |
| 8995500000 | City of Raleigh, NC | 1,521 |
| 610000002256 | City of San Diego, CA | 2,944 |
| 610000005103 | City of San Diego, CA | 509 |
| 610000005279 | City of San Diego, CA | 1,649 |
| 610000010977 | City of San Diego, CA | 2,337 |
| 610000038468 | City of San Diego, CA | 3,377 |
| 620000125712 | City of San Diego, CA | 2,026 |
| 4-36-88710-3-0 | City of St. Charles, IL | 2,908 |
| 95275-58784 | City of Sunnyvale, CA | 4,949 |
| 95277-58786 | City of Sunnyvale, CA | 17 |
| 9899-6122 | City of Sunnyvale, CA | 122 |
| 0227882-001=0 | City of Tampa, FL | 1,519 |

01:19354766.2

2

| Account # | Vendor Name | Deposit |
|---|---|---|
| 0227882-002=7 | City of Tampa, FL | 1,120 |
| 0869100000 | City of Tempe, AZ | 918 |
| 019093-000 | City of Tigard, OR | 1,465 |
| 0002-00000-02218 | City of Torrance Utilities | 85 |
| 418857-343798 | City of Tucson, AZ | 1,633 |
| 418857-54896 | City of Tucson, AZ | 19 |
| 418857-54898 | City of Tucson, AZ | 1,323 |
| 0097099300-00 | City of Vancouver, WA | 3,225 |
| 2335477 | City of Waukegan, IL | 340 |
| 0654982696-5 | City of West Palm Beach/Utilities | 96 |
| 4727514877-8 | City of West Palm Beach/Utilities | 1,845 |
| 01029112 00100028 | City of Westminster, CO | 2,693 |
| 01029112 00100029 | City of Westminster, CO | 287 |
| 021727-03 | Clackamas River Water | 1,127 |
| 021729-09 | Clackamas River Water | 209 |
| 7208-869-3 | Clark Public Utilities | 2,286 |
| 00081953 | Clay County Utility Authority,FL | 869 |
| 00081954 | Clay County Utility Authority,FL | 46 |
| *3433216 | Clay Electric Cooperative/Orange Park | 2,654 |
| 278381-737464 | Coachella Valley Water District | 11 |
| 278383-737468 | Coachella Valley Water District | 323 |
| 000302258-02353474 | Cobb County Water System | 992 |
| 407199002 | Cobb EMC | 2,458 |
| 1550158089 | Com Ed | 2,190 |
| 2543068026 | Com Ed | 1,651 |
| 3750025036 | Com Ed | 2,057 |
| 5475165028 | Com Ed | 584 |
| 6009004073 | Com Ed | 611 |
| 6048138036 | Com Ed | 724 |
| 100417640 | Commerce Energy, Inc/101141 | 63 |
| 100417642 | Commerce Energy, Inc/101141 | 396 |
| 100417644 | Commerce Energy, Inc/101141 | 160 |
| 100417646 | Commerce Energy, Inc/101141 | 121 |
| 100417650 | Commerce Energy, Inc/101141 | 191 |
| 100417652 | Commerce Energy, Inc/101141 | 37 |
| 100417656 | Commerce Energy, Inc/101141 | 149 |
| 100417658 | Commerce Energy, Inc/101141 | 182 |
| 100417660 | Commerce Energy, Inc/101141 | 161 |
| 100417662 | Commerce Energy, Inc/101141 | 150 |
| 100417664 | Commerce Energy, Inc/101141 | 141 |
| 100417666 | Commerce Energy, Inc/101141 | 50 |
| 100417668 | Commerce Energy, Inc/101141 | 83 |
| 100417670 | Commerce Energy, Inc/101141 | 202 |

| Account # | Vendor Name | Deposit |
|---|---|---|
| 100417673 | Commerce Energy, Inc/101141 | 159 |
| 100417675 | Commerce Energy, Inc/101141 | 125 |
| 100417677 | Commerce Energy, Inc/101141 | 150 |
| 100417679 | Commerce Energy, Inc/101141 | 300 |
| 100417681 | Commerce Energy, Inc/101141 | 219 |
| 100417683 | Commerce Energy, Inc/101141 | 163 |
| 100417685 | Commerce Energy, Inc/101141 | 392 |
| 100417687 | Commerce Energy, Inc/101141 | 126 |
| 100417689 | Commerce Energy, Inc/101141 | 168 |
| 2870790-1 | Contra Costa Water District | 62 |
| 2870792-1 | Contra Costa Water District | 1,141 |
| 520-8801-01 | Coral Springs Improv. Dist. | 1,212 |
| 1.8298.1 | Cottonwood Improvement District | 686 |
| 1.8299.1 | Cottonwood Improvement District | 406 |
| 63289-100726 | Cucamonga Valley Water District | 45 |
| 63289-48076 | Cucamonga Valley Water District | 1,773 |
| 4950940000 | Denver Water | 545 |
| 6221940000 | Denver Water | 288 |
| 675 845 5817 | Duke Energy Progress | 2,875 |
| 851 152 2107 | Duke Energy Progress | 3,121 |
| 12348 32075 | Duke Energy/1004/33199 | 1,877 |
| 20659 32267 | Duke Energy/1004/33199 | 77 |
| 20660 76277 | Duke Energy/1004/33199 | 2,971 |
| 21142 89273 | Duke Energy/1004/33199 | 13 |
| 23071 84221 | Duke Energy/1004/33199 | 2,706 |
| 37531 13462 | Duke Energy/1004/33199 | 2,994 |
| 52142 88235 | Duke Energy/1004/33199 | 4,367 |
| 87311 32342 | Duke Energy/1004/33199 | 1,780 |
| 1955608 | Entergy Texas, Inc./8104 | 2,093 |
| 7123988551 | Florida City Gas/5410 | 149 |
| 11398 | Florida Natural Gas/934726 | 199 |
| 114805 | Florida Natural Gas/934726 | 106 |
| 114806 | Florida Natural Gas/934726 | 113 |
| 114807 | Florida Natural Gas/934726 | 126 |
| 120688 | Florida Natural Gas/934726 | 200 |
| 123337 | Florida Natural Gas/934726 | 121 |
| 125348 | Florida Natural Gas/934726 | 117 |
| 30005 | Florida Natural Gas/934726 | 322 |
| 30370 | Florida Natural Gas/934726 | 151 |
| 35740 | Florida Natural Gas/934726 | 117 |
| 35750 | Florida Natural Gas/934726 | 133 |
| 48768 | Florida Natural Gas/934726 | 173 |
| 48769 | Florida Natural Gas/934726 | 192 |

| Account # | Vendor Name | Deposit |
|---|---|---|
| 48770 | Florida Natural Gas/934726 | 293 |
| 48771 | Florida Natural Gas/934726 | 236 |
| 48772 | Florida Natural Gas/934726 | 162 |
| 48773 | Florida Natural Gas/934726 | 171 |
| 48774 | Florida Natural Gas/934726 | 172 |
| 48775 | Florida Natural Gas/934726 | 127 |
| 48777 | Florida Natural Gas/934726 | 176 |
| 48778 | Florida Natural Gas/934726 | 203 |
| 48779 | Florida Natural Gas/934726 | 141 |
| 48780 | Florida Natural Gas/934726 | 172 |
| 48781 | Florida Natural Gas/934726 | 254 |
| 49019 | Florida Natural Gas/934726 | 162 |
| 07248-52272 | Florida Power & Light Company (FPL) | 1,799 |
| 2366229363 | Florida Power & Light Company (FPL) | 3,159 |
| 2414757142 | Florida Power & Light Company (FPL) | 2,614 |
| 24654-94595 | Florida Power & Light Company (FPL) | 14 |
| 30231-71568 | Florida Power & Light Company (FPL) | 1,534 |
| 5078300067 | Florida Power & Light Company (FPL) | 2,638 |
| 66125-93001 | Florida Power & Light Company (FPL) | 2,289 |
| 7328639567 | Florida Power & Light Company (FPL) | 2,320 |
| 7753131429 | Florida Power & Light Company (FPL) | 2,590 |
| 83398-49294 | Florida Power & Light Company (FPL) | 2,912 |
| 86957-04562 | Florida Power & Light Company (FPL) | 1,773 |
| 9643372486 | Florida Power & Light Company (FPL) | 2,953 |
| 9995667343 | Florida Power & Light Company (FPL) | 4,965 |
| 0133324-4 | Florida Public Utilities Co./2137 | 590 |
| 0206783-3 | Florida Public Utilities Co./2137 | 303 |
| 0342089-0 | Florida Public Utilities Co./2137 | 265 |
| 1-19-43500-00 | Fort Bend Co WCID #2 | 2 |
| 1-19-43510-00 | Fort Bend Co WCID #2 | 912 |
| A99-5771 | Fox Metro | 891 |
| 00108015-00097948 | Fulton County, GA | 8 |
| 00108018-00094815 | Fulton County, GA | 608 |
| 02286-47005 | Georgia Power | 3,537 |
| 50738-75005 | Georgia Power | 3,037 |
| 60303-30035 | Georgia Power | 2,828 |
| 902-011-1 | Great Oaks Water Company | 1,347 |
| 998-202-1 | Great Oaks Water Company | 13 |
| 20062672 | Gwinnett Co. Water Resources | 1,917 |
| 20062675 | Gwinnett Co. Water Resources | 16 |
| 206896 | Helix Water District | 2,975 |
| 206897 | Helix Water District | 28 |
| 1192310000 | Hillsborough County Water Resource -BOCC | 1,012 |

| Account # | Vendor Name | Deposit |
|---|---|---|
| 5730022 | IGS Energy - Gas | 89 |
| 5730027 | IGS Energy - Gas | 1,207 |
| 5730028 | IGS Energy - Gas | 173 |
| 5730031 | IGS Energy - Gas | 181 |
| 5730036 | IGS Energy - Gas | 160 |
| 5730040 | IGS Energy - Gas | 183 |
| 5730043 | IGS Energy - Gas | 138 |
| 5730044 | IGS Energy - Gas | 217 |
| 5730045 | IGS Energy - Gas | 145 |
| 5730046 | IGS Energy - Gas | 146 |
| 5730050 | IGS Energy - Gas | 110 |
| 5730054 | IGS Energy - Gas | 207 |
| 5730058 | IGS Energy - Gas | 200 |
| 5730304 | IGS Energy - Gas | 181 |
| 5730970 | IGS Energy - Gas | 30 |
| 5730981 | IGS Energy - Gas | 88 |
| 50431176 | Imperial Irrigation District, CA | 2,482 |
| 0123610000 | Irvine Ranch Water District | 49 |
| 0223610000 | Irvine Ranch Water District | 36 |
| 3223610000 | Irvine Ranch Water District | 582 |
| 5541610000 | Irvine Ranch Water District | 1,003 |
| 212728 | Jackson Electric Membership Corp, GA | 2,698 |
| 7896814200 | JEA | 3,309 |
| 8896814200 | JEA | 844 |
| 0020811556 | Johnson County Wastewater - 219948 | 629 |
| 0381-68-6415 | Kansas City Power & Light Co./219330 | 3,031 |
| 4109-56-3127 | Kansas City Power & Light Co./219330 | 2,666 |
| 510532187 1076282 91 | Kansas Gas Service | 178 |
| 000177597 0189673 8 | KC Water Services | 1,170 |
| 000179670 0192684 0 | KC Water Services | 194 |
| 7154780000 | Laclede Gas Company | 621 |
| 1013697-6 | Lee County Utilities | 968 |
| 1038433-7 | Lee County Utilities | 9 |
| 06203925-484 | Liberty Power Holdings, LLC | 2,669 |
| 09239725-633 | Liberty Power Holdings, LLC | 1,939 |
| 17939497-511 | Liberty Power Holdings, LLC | 1,571 |
| 20282689-275 | Liberty Power Holdings, LLC | 857 |
| 33578829-381 | Liberty Power Holdings, LLC | 1,350 |
| 37865011-462 | Liberty Power Holdings, LLC | 1,549 |
| 49951570492 | Liberty Power Holdings, LLC | 1,838 |
| 49951570494 | Liberty Power Holdings, LLC | 1,016 |
| 61262649-043 | Liberty Power Holdings, LLC | 2,074 |
| 79388807-121 | Liberty Power Holdings, LLC | 1,779 |

| Account # | Vendor Name | Deposit |
|---|---|---|
| 92316748-572 | Liberty Power Holdings, LLC | 1,521 |
| 341890960043092 | Los Angeles County Dept. of Public Works | 650 |
| 057 984 1000 | Los Angeles Dept of Water & Power/30808 | 66 |
| 218 750 0000 | Los Angeles Dept of Water & Power/30808 | 1,703 |
| 318 750 0000 | Los Angeles Dept of Water & Power/30808 | 2,883 |
| 418 750 0000 | Los Angeles Dept of Water & Power/30808 | 2,591 |
| 578 130 1000 | Los Angeles Dept of Water & Power/30808 | 1,768 |
| 594 115 1000 | Los Angeles Dept of Water & Power/30808 | 3,179 |
| 652 845 1000 | Los Angeles Dept of Water & Power/30808 | 2,863 |
| 678 130 1000 | Los Angeles Dept of Water & Power/30808 | 3,634 |
| 1-01-00333-00 1 | Memorial Villages Water Authority | 2,281 |
| 1-91-00333-00 1 | Memorial Villages Water Authority | 11 |
| 10108310-054203 | Mesa Consolidated Water District | 1,112 |
| 12017300-054203 | Mesa Consolidated Water District | 38 |
| 11-2300-00 | Metro MUD #21 | 1,077 |
| 11-2340-00 | Metro MUD #21 | 265 |
| 0986118-8 | Metropolitan St. Louis Sewer Dist/437 | 554 |
| 573070 | Midway Services Utilities | 432 |
| 1017-210014964993 | Missouri American Water/94551 | 1,932 |
| 1754471111 | Missouri Gas Energy (MGE) | 556 |
| 59121 | Moulton Niguel Water | 425 |
| 59122 | Moulton Niguel Water | 45 |
| 05-35-74-0000 0 | Nicor Gas/2020/0632/5407 | 696 |
| 26-30-26-0000 7 | Nicor Gas/2020/0632/5407 | 732 |
| 32-38-50-1000 7 | Nicor Gas/2020/0632/5407 | 490 |
| 34-96-64-0000 3 | Nicor Gas/2020/0632/5407 | 554 |
| 77-51-17-0274 6 | Nicor Gas/2020/0632/5407 | 686 |
| 82-77-14-0498 3 | Nicor Gas/2020/0632/5407 | 659 |
| 7 5000 4734 8904 | North Shore Gas | 977 |
| 30361440-226098 | North Shore Water Reclamation District | 271 |
| 30001033703162496 30 | NV Energy/30150 South Nevada | 1,746 |
| 30001033703177281 37 | NV Energy/30150 South Nevada | 2,320 |
| 30001033703223651 23 | NV Energy/30150 South Nevada | 1,613 |
| 757522-8 | NW Natural | 917 |
| 767908-7 | NW Natural | 815 |
| 842384-0 | NW Natural | 1,139 |
| 918598-4 | NW Natural | 717 |
| 1047429-199530 | Olivenhain Municipal Water District-OMWD | 419 |
| 6863300001 | Orlando Utilities Commission | 3,694 |
| 6877 S Kirkman Rd | Orlando Utilities Commission | 5,730 |
| 75 W Illiana Ave | Orlando Utilities Commission | 700 |
| 911-1011-00 | Otay Water District | 1,643 |
| 0205887160-5 | Pacific Gas & Electric | 2,783 |

| Account # | Vendor Name | Deposit |
|---|---|---|
| 0444478080-5 | Pacific Gas & Electric | 3,090 |
| 0533583679-6 | Pacific Gas & Electric | 4,592 |
| 1497579932-2 | Pacific Gas & Electric | 764 |
| 2509001221-9 | Pacific Gas & Electric | 548 |
| 3260856340-2 | Pacific Gas & Electric | 3,889 |
| 3355955350-9 | Pacific Gas & Electric | 7,452 |
| 4411188406-8 | Pacific Gas & Electric | 3,945 |
| 4452855070-8 | Pacific Gas & Electric | 392 |
| 4950435487-6 | Pacific Gas & Electric | 862 |
| 4992102151-2 | Pacific Gas & Electric | 4,921 |
| 6508700581-8 | Pacific Gas & Electric | 3,713 |
| 7255715537-0 | Pacific Gas & Electric | 300 |
| 7297537608-7 | Pacific Gas & Electric | 3,459 |
| 9344235176-8 | Pacific Gas & Electric | 437 |
| 03160341-001 5 | Pacific Power-Rocky Mountain Power | 2,161 |
| 03160341-002 3 | Pacific Power-Rocky Mountain Power | 1,852 |
| 100103883293 | Pinellas County, FL-Utilities | 2,762 |
| 100108528886 | Pinellas County, FL-Utilities | 3,432 |
| 007670901-0169979-3 | PNM | 3,099 |
| 030359101-0368835-2 | PNM | 1,847 |
| 0003 10316-689376 9 | Portland General Electric (PGE) | 2,192 |
| 0003 10316-745419 9 | Portland General Electric (PGE) | 2,208 |
| 0009 05898-759224 9 | Portland General Electric (PGE) | 1,971 |
| 1-1981-0528-4603 | PSNC Energy (Public Service Co. of NC) | 660 |
| 8-1981-0557-5249 | PSNC Energy (Public Service Co. of NC) | 460 |
| 5154440000 | Questar Gas | 603 |
| 9329440000 | Questar Gas | 523 |
| 3022588 | Rancho California Water District | 547 |
| 3022589 | Rancho California Water District | 72 |
| 02221436 | Reedy Creek Improvement District | 706 |
| 0214845000 | Riverside Public Utilities, CA | 1,114 |
| 0214846000 | Riverside Public Utilities, CA | 154 |
| 0214914000 | Riverside Public Utilities, CA | 20 |
| 0214915000 | Riverside Public Utilities, CA | 5,409 |
| 109291-00-015 | Rowland Water District | 495 |
| 207135-20-015 | Rowland Water District | 22 |
| 0582194643 | San Diego Gas & Electric | 146 |
| 2604 205 309 1 | San Diego Gas & Electric | 5,737 |
| 2604204571 | San Diego Gas & Electric | 925 |
| 3104 015 940 | San Diego Gas & Electric | 372 |
| 3104 017 417 0 | San Diego Gas & Electric | 3,709 |
| 3187 244 054 1 | San Diego Gas & Electric | 2,392 |
| 3187245524 | San Diego Gas & Electric | 308 |

01:19354766.2

| Account # | Vendor Name | Deposit |
|---|---|---|
| 3373 643 178 1 | San Diego Gas & Electric | 4 |
| 3878 020 755 7 | San Diego Gas & Electric | 1,281 |
| 4213 614 409 2 | San Diego Gas & Electric | 3,218 |
| 4213616725 | San Diego Gas & Electric | 412 |
| 4498 639 502 2 | San Diego Gas & Electric | 1,291 |
| 4498642438 | San Diego Gas & Electric | 95 |
| 4854 205 300 9 | San Diego Gas & Electric | 487 |
| 5003 020 750 1 | San Diego Gas & Electric | 1,631 |
| 5437 229 354 1 | San Diego Gas & Electric | 778 |
| 5623 649 931 3 | San Diego Gas & Electric | 1,029 |
| 5979 207 581 6 | San Diego Gas & Electric | 343 |
| 6151638878 | San Diego Gas & Electric | 347 |
| 7133 155 11 7 | San Diego Gas & Electric | 430 |
| 7133 156 954 8 | San Diego Gas & Electric | 4,466 |
| 7252 384 354 3 | San Diego Gas & Electric | 4,062 |
| 7252382887 | San Diego Gas & Electric | 383 |
| 7276 636 300 1 | San Diego Gas & Electric | 3,081 |
| 8378005324 | San Diego Gas & Electric | 342 |
| 8378006054 | San Diego Gas & Electric | 1,538 |
| 8567 555 200 1 | San Diego Gas & Electric | 3,518 |
| 8567555933 | San Diego Gas & Electric | 335 |
| 8998 643 171 5 | San Diego Gas & Electric | 944 |
| 8998638769 | San Diego Gas & Electric | 131 |
| 9309 693 159 8 | San Diego Gas & Electric | 2,664 |
| 9309693597 | San Diego Gas & Electric | 216 |
| 9874 796 254 6 | San Diego Gas & Electric | 3,987 |
| 9874797724 | San Diego Gas & Electric | 456 |
| 4942320000-2 | San Jose Water Company | 1,394 |
| 7086820000-0 | San Jose Water Company | 29 |
| 28200-01 | Sandy City, UT | 286 |
| 28625-01 | Sandy City, UT | 371 |
| 79657-88478 | Sarasota County Public Utilities | 1,775 |
| 122778.01 | South Valley Sewer District, UT | 442 |
| 2-02-250-8428 | Southern California Edison | 2,862 |
| 2-02-250-9418 | Southern California Edison | 2,665 |
| 2-02-250-9491 | Southern California Edison | 2,428 |
| 2-02-250-9640 | Southern California Edison | 2,744 |
| 2-02-250-9707 | Southern California Edison | 3,743 |
| 2-02-250-9830 | Southern California Edison | 2,852 |
| 2-02-250-9970 | Southern California Edison | 3,073 |
| 2-02-251-0119 | Southern California Edison | 2,523 |
| 2-02-251-0358 | Southern California Edison | 2,539 |
| 2-02-251-1059 | Southern California Edison | 2,829 |

| Account # | Vendor Name | Deposit |
|---|---|---|
| 2-02-251-1158 | Southern California Edison | 3,275 |
| 2-03-897-0992 | Southern California Edison | 2,428 |
| 2-21-072-7145 | Southern California Edison | 2,699 |
| 2-21-130-4894 | Southern California Edison | 2,955 |
| 2-22-302-9919 | Southern California Edison | 3,160 |
| 2-23-122-5111 | Southern California Edison | 3,204 |
| 2-23-523-0232 | Southern California Edison | 2,685 |
| 2-24-202-6920 | Southern California Edison | 8,727 |
| 2-24-684-1720 | Southern California Edison | 2,957 |
| 2-29-961-8520 | Southern California Edison | 2,962 |
| 2-30-134-3521 | Southern California Edison | 2,801 |
| 2-31-778-5400 | Southern California Edison | 2,763 |
| 2-36-497-4576 | Southern California Edison | 2,542 |
| 011 963 2302 4 | Southern California Gas (The Gas Co.) | 528 |
| 012 211 6100 1 | Southern California Gas (The Gas Co.) | 439 |
| 029 180 3166 3 | Southern California Gas (The Gas Co.) | 935 |
| 032 106 5100 0 | Southern California Gas (The Gas Co.) | 283 |
| 032 398 5566 5 | Southern California Gas (The Gas Co.) | 602 |
| 034 995 8814 7 | Southern California Gas (The Gas Co.) | 449 |
| 043 903 9100 3 | Southern California Gas (The Gas Co.) | 549 |
| 048 788 2449 1 | Southern California Gas (The Gas Co.) | 2,619 |
| 052 274 7590 1 | Southern California Gas (The Gas Co.) | 458 |
| 058 121 1800 7 | Southern California Gas (The Gas Co.) | 553 |
| 060 868 5040 8 | Southern California Gas (The Gas Co.) | 557 |
| 070 193 9406 8 | Southern California Gas (The Gas Co.) | 611 |
| 074 407 6400 4 | Southern California Gas (The Gas Co.) | 349 |
| 078 379 0635 8 | Southern California Gas (The Gas Co.) | 561 |
| 098 264 0500 4 | Southern California Gas (The Gas Co.) | 482 |
| 110 762 0246 1 | Southern California Gas (The Gas Co.) | 588 |
| 111 404 4500 5 | Southern California Gas (The Gas Co.) | 748 |
| 114 423 2600 2 | Southern California Gas (The Gas Co.) | 512 |
| 124 068 7442 5 | Southern California Gas (The Gas Co.) | 362 |
| 132 818 5000 1 | Southern California Gas (The Gas Co.) | 554 |
| 132 921 4100 2 | Southern California Gas (The Gas Co.) | 508 |
| 133 909 0000 2 | Southern California Gas (The Gas Co.) | 505 |
| 133 916 8000 9 | Southern California Gas (The Gas Co.) | 686 |
| 142 310 2100 8 | Southern California Gas (The Gas Co.) | 419 |
| 154 553 1895 4 | Southern California Gas (The Gas Co.) | 521 |
| 163 034 4629 4 | Southern California Gas (The Gas Co.) | 720 |
| 172 761 7420 2 | Southern California Gas (The Gas Co.) | 559 |
| 184 110 9500 5 | Southern California Gas (The Gas Co.) | 424 |
| 192 159 2310 3 | Southern California Gas (The Gas Co.) | 650 |
| 193 308 3100 9 | Southern California Gas (The Gas Co.) | 582 |

| Account # | Vendor Name | Deposit |
|---|---|---|
| 211-4767701-002 | Southwest Gas Corporation | 666 |
| 211-5196310-001 | Southwest Gas Corporation | 452 |
| 211-7901745-002 | Southwest Gas Corporation | 472 |
| 361-3264443-002 | Southwest Gas Corporation | 629 |
| 361-3302533-002 | Southwest Gas Corporation | 673 |
| 421-2831045-021 | Southwest Gas Corporation | 741 |
| 421-4258577-002 | Southwest Gas Corporation | 765 |
| 421-4444293-002 | Southwest Gas Corporation | 468 |
| 421-4492243-002 | Southwest Gas Corporation | 788 |
| 421-5664705-002 | Southwest Gas Corporation | 677 |
| 421-7304625-002 | Southwest Gas Corporation | 873 |
| 421-7543440-002 | Southwest Gas Corporation | 713 |
| 050-930-006 | SRP -Salt River Project | 2,188 |
| 054-922-000 | SRP -Salt River Project | 2,559 |
| 567-150-009 | SRP -Salt River Project | 3,579 |
| 782-562-000 | SRP -Salt River Project | 444 |
| 950-760-004 | SRP -Salt River Project | 2,172 |
| 0551 0718044 | Teco Tampa Electric Company | 3,155 |
| 0681 0919819 | Teco Tampa Electric Company | 2,285 |
| 0816 0269972 | Teco Tampa Electric Company | 2,997 |
| 04701991 | Teco: Peoples Gas | 179 |
| 06397384 | Teco: Peoples Gas | 201 |
| 06404370 | Teco: Peoples Gas | 173 |
| 06968275 | Teco: Peoples Gas | 260 |
| 07217722 | Teco: Peoples Gas | 323 |
| 07402084 | Teco: Peoples Gas | 189 |
| 07696156 | Teco: Peoples Gas | 192 |
| 08396004 | Teco: Peoples Gas | 187 |
| 08773830 | Teco: Peoples Gas | 202 |
| 08877342 | Teco: Peoples Gas | 140 |
| 08908964 | Teco: Peoples Gas | 266 |
| 09073446 | Teco: Peoples Gas | 209 |
| 11590445 | Teco: Peoples Gas | 147 |
| 17462011 | Teco: Peoples Gas | 188 |
| 17607334 | Teco: Peoples Gas | 185 |
| 18301465 | Teco: Peoples Gas | 113 |
| 18438275 | Teco: Peoples Gas | 152 |
| 18937938 | Teco: Peoples Gas | 161 |
| 19103746 | Teco: Peoples Gas | 197 |
| 19127281 | Teco: Peoples Gas | 141 |
| 21644042 | Teco: Peoples Gas | 219 |
| 002163859-001216340 | Toho Water Authority | 882 |
| 122133-98851 | Town of Cary, NC | 1,181 |

01:19354766.2

| Account # | Vendor Name | Deposit |
|---|---|---|
| 07302301 | Town of Gilbert, AZ | 503 |
| 33204583001 | True Natural Gas | 68 |
| 33204583002 | True Natural Gas | 550 |
| 33204583003 | True Natural Gas | 789 |
| 33204583004 | True Natural Gas | 783 |
| 33204583005 | True Natural Gas | 622 |
| 063766-02 | Tualatin Valley Water District | 2,478 |
| 063767-02 | Tualatin Valley Water District | 208 |
| 2271990012 | Tucson Electric Power Company | 3,828 |
| 7812452005 | Tucson Electric Power Company | 3,279 |
| 219803-75920 | Village of Schaumburg, IL | 1,455 |
| 09912-073-1 | Vista Irrigation District | 537 |
| 09913-031-1 | Vista Irrigation District | 58 |
| 09913-806-1 | Vista Irrigation District | 16 |
| 03-18587-01 | Water Environment Services | 1,172 |
| 400100426959 | WaterOne | 493 |
| 0051979-023347 | Western Municipal Water District/7000 | 114 |
| 0051979-023348 | Western Municipal Water District/7000 | 78 |
| 0051979-023350 | Western Municipal Water District/7000 | 288 |
| 0386603001 | Withlacoochee River Electric Cooperative | 1,751 |
| 53-0293851-8 | XCEL Energy:Public Service Company of CO | 2,904 |
| 53-1892962-3 | XCEL Energy:Public Service Company of CO | 2 |
| 53-2411927-3 | XCEL Energy:Public Service Company of CO | 1,755 |
| 53-2990574-2 | XCEL Energy:Public Service Company of CO | 2,083 |
| 53-3558454-2 | XCEL Energy:Public Service Company of CO | 2,341 |
|  |  | 590,565 |

01:19354766.2