IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT<br>INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12174 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 15** |

**ORDER SETTING EXPEDITED HEARING AND SHORTENING NOTICE WITH
RESPECT TO DEBTORS' EMERGENCY MOTION FOR ORDER
(I) AUTHORIZING THE ASSUMPTION OF THE LIQUIDATION AGREEMENT;
(II) AUTHORIZING SALE IN ACCORDANCE WITH THE LIQUIDATION
AGREEMENT, WITH SUCH SALE TO BE FREE AND CLEAR OF ALL LIENS,
CLAIMS, AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of Garden Fresh Restaurant Intermediate Holding, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") for the entry of an order setting an expedited hearing and shortening notice on the Emergency Asset Sale Motion pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e); and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* dated February 29, 2012, from the United States District Court for the District of Delaware; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376). The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:19344243.4

proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The hearing on the Motion will be held on ___October 20___, 2016, at ___10:00 am___ (ET), and any response or objection to such relief shall be filed no later than ___October 18___, 2016, at ___12:00 Noon___ (ET).

3. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: October 4, 2016
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

01:19344243.4

2