## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT<br>INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12174 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date:  October 20, 2016 at 10:00 a.m. (ET)<br>Objection Deadline:  October 18, 2016 at 12:00 noon (ET)<br><br>Re: Docket Nos. 14 and 61 |

### NOTICE OF MOTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (III) THE INTERNAL REVENUE SERVICE; (IV) THE DEBTORS' THIRTY (30) LARGEST UNSECURED CREDITORS; (V) THE PREPETITION SECURED PARTIES; (VI) THE LENDERS UNDER THE PROPOSED DEBTOR IN POSSESSION FINANCING FACILITY; (VII) THE LANDLORDS FOR THE CLOSING RESTAURANTS; (VIII) THE STATE ATTORNEYS GENERAL FOR EACH STATE WHERE A CLOSING RESTAURANT IS LOCATED; (IX) ALL ENTITIES KNOW TO HAVE ASSERTED ANY LIEN, CLAIM, INTEREST OR ENCUMBRANCE UPON ANY OF THE ASSETS; AND (X) ALL PARTIES THAT, AS OF THE FILING OF THIS NOTICE, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, on October 3, 2016, Garden Fresh Restaurant Intermediate Holding, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Emergency Motion for Order (I) Authorizing the Assumption of the Liquidation Agreement; (II) Authorizing Sale in Accordance With the Liquidation Agreement, With Such Sale to Be Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* [Docket No. 14] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Setting Expedited Hearing and Shortening Notice With Respect to Debtors' Emergency Motion for Order (I) Authorizing the Assumption of the Liquidation Agreement; (II) Authorizing Sale in Accordance With the Liquidation Agreement, With Such Sale to Be Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* [Docket No. 61], any objections to the Motion must be filed on or before **October 18, 2016 at 12:00 noon (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376).  The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

01:19357178.2

Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 20, 2016 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: October 4, 2016<br>Wilmington, Delaware | **MORGAN, LEWIS & BOCKIUS LLP**<br>Neil E. Herman (*pro hac vice* pending)<br>James O. Moore (*pro hac vice* pending)<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br><br>- and –<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Ian J. Bambrick*<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Ian J. Bambrick (No. 5455)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |