## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT<br>INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 16-12174 (CSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 14, 61 |

**NOTICE OF FILING OF EXHIBITS A AND B TO LIQUIDATION AGREEMENT
ATTACHED TO DEBTORS' EMERGENCY MOTION FOR ORDER
(I) AUTHORIZING THE ASSUMPTION OF THE LIQUIDATION AGREEMENT;
(II) AUTHORIZING SALE IN ACCORDANCE WITH THE LIQUIDATION
AGREEMENT, WITH SUCH SALE TO BE FREE AND CLEAR OF ALL LIENS,
CLAIMS, AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on October 3, 2016, Garden Fresh Restaurant Intermediate Holding, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Emergency Motion for Order (I) Authorizing the Assumption of the Liquidation Agreement; (II) Authorizing Sale in Accordance with the Liquidation Agreement, with Such Sale to Be Free and Clear of All Liens, Claims, and Encumbrances; and (III) Granting Related Relief* [Docket No. 14] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit 1 to the proposed order filed with the Motion was the liquidation agreement (the "Liquidation Agreement") by and between the Debtors and Tiger Commercial & Industrial.

**PLEASE TAKE FURTHER NOTICE** that attached hereto are **Exhibits A** and **B** to the Liquidation Agreement, which identify (a) the assets and (b) the premises that are subject to the Liquidation Agreement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376). The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

01:19362054.1

| | |
|---|---|
| Dated: October 7, 2016<br>Wilmington, Delaware | **MORGAN, LEWIS & BOCKIUS LLP**<br>Neil E. Herman (*pro hac vice* pending)<br>James O. Moore (*pro hac vice* pending)<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br><br>- and -<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Ian J. Bambrick (No. 5455)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |