# EXHIBIT B

## Premises

**CLOSING RESTAURANTS SUBJECT TO LIQUIDATION AGREEMENT FROM WHICH ASSETS WILL BE REMOVED BY THE AGENT[1]**

| Landlord | Restaurant Location |
|---|---|
| Carlyle / Cypress West 7th LP<br>8343 Douglas Avenue, Suite 200<br>Dallas, TX 75225 | Restaurant No. 1130<br>2901 West 7th St<br>Fort Worth, TX 76107 |
| China Diner Limited Partnership<br>c/o WindStar Development Corporation<br>511 E. John Carpenter Freeway, Suite 200<br>Irving, TX 75062 | Restaurant No. 1113<br>4001 Matlock Rd.<br>Arlington, TX 76015 |
| HART Willow Creek, LLC<br>c/o Mid-America Asset Management, Inc.<br>One Parkview Plaza, 9th Floor<br>Oakbrook Terrace, IL 60181 | Restaurant No. 1092<br>2351 Willow Road<br>Glenview, IL 60025 |
| Highland Direct Property LLC<br>1130 Lake Cook Road<br>Suite 280<br>Buffalo Grove, IL 60089 | Restaurant No. 1107<br>2820 Highland Ave.<br>Suites A & B<br>Lombard, IL 60148 |
| J-C Markets, Inc.<br>6716 N. Cedar Avenue, Suite 209<br>Fresno, CA 93710 | Restaurant No. 1091<br>2801 E. Main St.<br>St. Charles, IL 60174 |
| Lacera/Gateway Virginia Property<br>c/o TA Realty Associates, Inc.<br>28 State Road, 10th Floor<br>Boston, MA 02109 | Restaurant No. 1112<br>986 North Route 59<br>Aurora, IL 60504 |
| OT Chatsworth Texas LLC<br>c/o Westwood Financial Corp.<br>11440 San Vicente Blvd., Ste. 200<br>Los Angeles, CA 90049 | Restaurant No. 1131<br>5500 Greenville Ave., #1320<br>Dallas, TX 75206 |
| Raman Ventures, LLC<br>4410 Longshore Way<br>San Diego, CA 92130 | Restaurant No. 1114<br>1820 Market Place Blvd<br>Irving, TX 75063 |
| Realty Income Corporation<br>Attn: Legal Department<br>11995 El Camino Real<br>San Diego, CA 92130 | Restaurant No. 1105<br>850 S. Waukegan Rd.<br>Waukegan, IL 60085 |
| Sovereign Partners<br>Attn: Cyrus Sakhai<br>150 East 58th Street, 17th Floor<br>New York, NY 10155 | Restaurant No. 1097<br>1951 E. McConner Pkwy<br>Schamburg, IL 60173 |
| Yookimsan, LLC<br>c/o Colven & Tran, PC.,<br>Two Lincoln Centre, 5420 LBJ Freeway, Suite 300, LB 18<br>Dallas, TX 75240 | Restaurant No. 1106<br>15225 Montfort Dr.<br>Dallas, TX 75248 |

---

[1] By separate motion, the Debtors are seeking to reject the leases pertaining to the Closing Restaurants.

| CLOSING RESTAURANTS SUBJECT TO LIQUIDATION AGREEMENT FROM WHICH ASSETS ALREADY HAVE BEEN REMOVED, OR WILL BE REMOVED, BY THE DEBTORS[2] | |
|---|---|
| **Landlord** | **Restaurant Location** |
| American Realty Capital Properties, Inc<br>c/o American Realty Capital Properties, Inc<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | Restaurant No. 1094<br>9846 Watson Road<br>Crestwood, MO 63126 |
| ARCP SM KANSAS CITY KS, LLC<br>c/o American Realty Capital Properties, Inc<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | Restaurant No. 1082<br>8505 College Boulevard<br>Overland Park, KS 66210 |
| BEF Investments, LLC and GIT Investments, LLC<br>315 4th Avenue<br>San Diego, CA 92101 | Restaurant No. 1053<br>7455 S. Union Park Ave.<br>Midvale, UT 84047 |
| BEF Investments, LLC and GIT Investments, LLC<br>315 4th Avenue<br>San Diego, CA 92101 | Restaurant No. 1079<br>1309 Meadow Lake Parkway<br>Kansas City, MO 64114 |
| Brottao Investments Jacksonville LLC<br>201 S. Biscayne Blvd.   Suite 2650<br>Miami, FL 33131 | Restaurant No. 1075<br>1115 Mary Susan Drive<br>Jacksonville, FL 32246 |
| Greenwood Family Investments, LL<br>12727 S. Fort Street<br>Draper, UT 84020 | Restaurant No. 1054<br>10060 S. State St.<br>Sandy, UT 84070 |
| KJP Orange Park, LLC<br>PO Box 231400<br>Encinitas, CA 92023-1400 | Restaurant No. 1063<br>1625 Wells Rd.<br>Orange Park, FL 32073 |
| Soni Plaza Associates, LLC<br>830 Truman Avenue<br>Key West, FL 33040 | Restaurant No. 1125<br>10156 US 19N<br>Port Richey, FL 34668 |

---

[2] By separate motion, the Debtors are seeking to reject the leases pertaining to the Closing Restaurants.

01:19367265.3

2