IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT<br>INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-12174 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:  October 28, 2016 at 10:00 a.m. (ET)**<br>**Objection Deadline:  October 21, 2016 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

TO:　(I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS' THIRTY (30) LARGEST UNSECURED CREDITORS; (III) THE PREPETITION SECURED PARTIES; (IV) THE LENDERS UNDER THE PROPOSED DEBTOR IN POSSESSION FINANCING FACILITY; (V) THE COUNTERPARTIES; AND (V) ALL PARTIES THAT, AS OF THE FILING OF THIS NOTICE, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**ANY PARTY RECEIVING THIS NOTICE SHOULD LOCATE ITS NAME AND ITS REJECTED LEASE IDENTIFIED ON EXHIBIT 1 TO THE PROPOSED ORDER**

　　　　　**PLEASE TAKE NOTICE** Garden Fresh Restaurant Intermediate Holding, LLC and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") have filed the attached **Debtors' Second (2nd) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), And 554(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Unexpired Leases,** *Nunc Pro Tunc* **to the Rejection Dates** (the "Application").

　　　　　**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **October 21, 2016 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376).  The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

01:19364904.3

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 28, 2016 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Dated: October 7, 2016<br>Wilmington, Delaware | **MORGAN, LEWIS & BOCKIUS LLP**<br>Neil E. Herman<br>James O. Moore<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br><br>- and -<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Ian J. Bambrick*<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Ian J. Bambrick (No. 5455)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

01:19364904.3

2