**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT<br>INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 16-12174 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. _____** |

### SECOND (2ND) OMNIBUS ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554(a) OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES, *NUNC PRO TUNC* TO THE REJECTION DATES

Upon consideration of the motion (the "Motion")[2] of Garden Fresh Restaurant Intermediate Holding, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, authorizing the Debtors to (i) reject the Rejected Leases set forth on Exhibit 1 to this Order, effective as of the respective Rejection Dates, and (ii) abandon, effective as of the applicable Rejection Date, any Personal Property that remains, as of the applicable Rejection Date, on any of the Premises subject to the Rejected Leases; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* dated February 29, 2012, from the United States District Court for the District of Delaware; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the First Day

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376).  The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

[2]  Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Motion.

01:19364904.3

Declaration and the files and records in these chapter 11 cases; and it appearing that the relief requested in the Motion and provided for herein is an appropriate exercise of the Debtors' business judgment; and it appearing that notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases are hereby rejected by the Debtors, with such rejection being effective as of the applicable Rejection Date set forth on Exhibit 1 hereto.

3.      Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, any Personal Property remaining, as of the applicable Rejection Date, on any of the Premises is hereby abandoned by the Debtors, with such abandonment being effective as of the applicable Rejection Date set forth on Exhibit 1 hereto.

4.      If the Debtors have deposited monies with a Counterparty to a Rejected Lease set forth on Exhibit 1 hereto as a security deposit or other arrangement, such Counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

5.      Any person or entity that holds a claim that arises from the Rejected Leases must file a proof of claim based on such rejection by the later of: (i) the last date and time for each person or entity to file proofs of claim based on prepetition claims against any of the Debtors as set by an order of the Court or (ii) thirty (30) days after the entry of this Order.

6.      Nothing in this Order shall impair, prejudice, waive, or otherwise affect any rights of the Debtors or their estates to assert that any claims for damages arising from the Debtors' rejection of the Rejected Leases are limited to any remedies available under any

01:19364904.3

applicable termination provisions of such Rejected Leases, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

7.    The Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted by this Order.

8.    The rights of the Debtors and their estates to assert that the Rejected Leases rejected hereby expired by their own terms or were terminated prior to the date hereof are fully preserved, and the Debtors and their estates do not waive any claims that they may have against the Counterparties, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Leases.

9.    This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

10.    The requirements in Bankruptcy Rule 6006 and 6007 are satisfied.

11.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated:  October ___, 2016
        Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

# **EXHIBIT 1**

## **Rejected Leases**

| Primary Contract | Restaurant Location | Rejection Date |
|---|---|---|
| American Realty Capital Properties, Inc<br>c/o American Realty Capital Properties, Inc<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | Restaurant No. 1094<br>9846 Watson Road<br>Crestwood, MO 63126 | October 10, 2016 |
| ARCP SM KANSAS CITY KS, LLC<br>c/o American Realty Capital Properties, Inc<br>2325 East Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | Restaurant No. 1082<br>8505 College Boulevard<br>Overland Park, KS 66210 | October 8, 2016 |
| BEF Investments, LLC and GIT<br>Investments, LLC<br>315 4th Avenue<br>San Diego, CA 92101 | Restaurant No. 1053<br>7455 S. Union Park Ave.<br>Midvale, UT 84047 | October 8, 2016 |
| BEF Investments, LLC and GIT<br>Investments, LLC<br>315 4th Avenue<br>San Diego, CA 92101 | Restaurant No. 1079<br>1309 Meadow Lake Parkway<br>Kansas City, MO 64114 | October 8, 2016 |
| Brottao Investments Jacksonville LLC<br>201 S. Biscayne Blvd.Suite 2650<br>Miami, FL 33131 | Restaurant No. 1075<br>1115 Mary Susan Drive<br>Jacksonville, FL 32246 | October 8, 2016 |
| Carlyle / Cypress West 7th LP<br>8343 Douglas Avenue, Suite 200<br>Dallas, TX 75225 | Restaurant No. 1130<br>2901 West 7th St<br>Fort Worth, TX 76107 | October 10, 2016 |
| China Diner Limited Partnership<br>c/o WindStar Development Corporation<br>511 E. John Carpenter Freeway, Suite 200<br>Irving, TX 75062 | Restaurant No. 1113<br>4001 Matlock Rd.<br>Arlington, TX 76015 | October 31, 2016 |
| Greenwood Family Investments, LL<br>12727 S. Fort Street<br>Draper, UT 84020 | Restaurant No. 1054<br>10060 S. State St.<br>Sandy, UT 84070 | October 8, 2016 |
| HART Willow Creek, LLC<br>c/o Mid-America Asset Management, Inc.<br>One Parkview Plaza, 9th Floor<br>Oakbrook Terrace, IL 60181 | Restaurant No. 1092<br>2351 Willow Road<br>Glenview, IL 60025 | October 10, 2016 |

| Primary Contract | Restaurant Location | Rejection Date |
|---|---|---|
| Highland Direct Property LLC<br>1130 Lake Cook Road<br>Suite 280<br>Buffalo Grove, IL 60089 | Restaurant No. 1107<br>2820 Highland Ave.<br>Suites A & B<br>Lombard, IL 60148 | October 31, 2016 |
| J-C Markets, Inc.<br>6716 N. Cedar Avenue, Suite 209<br>Fresno, CA 93710 | Restaurant No. 1091<br>2801 E. Main St.<br>St. Charles, IL 60174 | October 10, 2016 |
| KJP Orange Park, LLC<br>PO Box 231400<br>Encinitas, CA 92023-1400 | Restaurant No. 1063<br>1625 Wells Rd.<br>Orange Park, FL 32073 | October 8, 2016 |
| Lacera/Gateway Virginia Property<br>c/o TA Realty Associates, Inc.<br>28 State Road, 10th Floor<br>Boston, MA 02109 | Restaurant No. 1112<br>986 North Route 59<br>Aurora, IL 60504 | October 31, 2016 |
| OT Chatsworth Texas LLC<br>c/o Westwood Financial Corp.<br>11440 San Vicente Blvd., Ste. 200<br>Los Angeles, CA 90049 | Restaurant No. 1131<br>5500 Greenville Ave., #1320<br>Dallas, TX 75206 | October 10, 2016 |
| Raman Ventures, LLC<br>4410 Longshore Way<br>San Diego, CA 92130 | Restaurant No. 1114<br>1820 Market Place Blvd<br>Irving, TX 75063 | October 31, 2016 |
| Realty Income Corporation<br>Attn: Legal Department<br>11995 El Camino Real<br>San Diego, CA 92130 | Restaurant No. 1105<br>850 S. Waukegan Rd.<br>Waukegan, IL 60085 | October 31, 2016 |
| Soni Plaza Associates, LLC<br>830 Truman Avenue<br>Key West, FL 33040 | Restaurant No. 1125<br>10156 US 19N<br>Port Richey, FL 34668 | October 15, 2016 |
| Sovereign Partners<br>Attn: Cyrus Sakhai<br>150  East 58th Street, 17th Floor<br>New York, NY 10155 | Restaurant No. 1097<br>1951 E. McConner Pkwy<br>Schamburg, IL 60173 | October 10, 2016 |

01:19364904.3

| **Primary Contract** | **Restaurant Location** | **Rejection Date** |
|---|---|---|
| Yookimsan, LLC<br>c/o Colven &amp; Tran, PC.,<br>Two Lincoln Centre, 5420 LBJ Freeway,<br>Suite 300, LB 18<br>Dallas, TX 75240 | Restaurant No. 1106<br>15225 Montfort Dr.<br>Dallas, TX 75248 | October 31, 2016 |