**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| *Garden Fresh Restaurant Intermediate Holdings, LLC et al.,* | : | Case No. 16-12174 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the case of the debtor **Garden Fresh Restaurant Corp.**:

1.  **Valassis**, Attn: Robin M Pinckney, One Targeting Centre, Windsor, CT 06075, Phone: 860-602-3692

2.  **Ramco Refrigeration AC, Inc.**, Attn: Richard Harris, 3921 E. Miraloma Ave, Anaheim, CA 92806, Phone: 714-792-1034, Fax: 714-792-1046

3.  **Superior Paper & Plastic, Inc.**, Attn: Mark Penhasian, 1930 E. 65th Street, Los Angeles, CA 90001, Phone: 323-581-5555, Ext 110, Fax: 323-581-7777

4.  **Ryder Transportation Services**, Attn: Mike Mandell, 11690 NW 105th Street, Miami, FL 33178, Phone: 305-500-4417: Fax: 305-500-3336

5.  **The Coca-Cola Company**, Attn: S. Curtis Marshall, 1150 Sanctuary Parkway, Alpharetta, GA 30009, Phone: 404-887-2681


             ANDREW R. VARA
             Acting United States Trustee, Region 3


             /s/ Julie M. Sarkessian for
             T. PATRICK TINKER
             ASSISTANT UNITED STATES TRUSTEE

DATED: October 13, 2016

Attorney assigned to this Case: Juliet M. Sarkessian, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael Nestor Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253