IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GARDEN FRESH RESTAURANT INTERMEDIATE HOLDING, LLC, *et al.,* | Case No. 16-12174 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as proposed counsel for the Official Committee of Unsecured Creditors of Garden Fresh Restaurant Intermediate Holding, LLC, *et al*. (the "Committee").  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

>Eric R. Wilson, Esq.
>Jason R. Adams, Esq.
>Lauren S. Schlussel, Esq.
>Kelley Drye & Warren LLP
>101 Park Avenue
>New York, New York 10178
>Tel: (212) 808-7800
>Fax: (212) 808-7987
>E-mail:  KDWBankruptcyDepartment@kelleydrye.com
>         ewilson@kelleydrye.com
>         jadams@kelleydrye.com
>         lschlussel@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto, (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: October 18, 2016
New York, New York

                KELLEY DRYE & WARREN LLP

                By: */s/ Eric R. Wilson*
                Eric R. Wilson (*pro hac vice* admission pending)
                101 Park Avenue
                New York, New York 10178
                Tel: (212) 808-7800
                Fax: (212) 808-7897
                Email: ewilson@kelleydrye.com

                -and-

                John T. Carroll, III (DE No. 4060)
                COZEN O'CONNOR
                1201 North Market Street, Suite 1001
                Wilmington, DE 19801
                Tel: (302) 295-2028
                Fax: (302) 295-2013
                Email: jcarroll@cozen.com

                *Proposed Counsel to the Official Committee of Unsecured Creditors of Garden Fresh Restaurant Intermediate Holding, LLC, et al.*