UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**In re Garden Fresh Restaurant Intermediate Holding, LLC, *et al.*** **Case No. 16-12174 (CSS)**
Debtors

# INITIAL MONTHLY OPERATING REPORT

**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation |
|---|---|---|
| **12-Month Cash Flow Projection (Form IR-1)** | DIP Budget Attached | |
| **Certificates of Insurance:**[1] | | |
| Workers Compensation | Attached | |
| Property | Attached | |
| General Liability | Attached | |
| Vehicle | Attached | |
| Other: Cyber Liability, Motor Truck Cargo-Inland Marine, Umbrella, Excess Liability | Attached | |
| Identify areas of self-insurance w/liability caps | | Commercial General Liability-Self Insured Retention ($250,000) |
| **Evidence of Debtor in Possession Bank Accounts** | Cash Management Order and List of Accounts Attached. | |
| Tax Escrow Account | | |
| General Operating Account | | |
| Money Market Account pursuant to Local Rule 4001-3. Refer to | | |
| http://www.deb.uscourts.gov/ | | |
| Other: | | |
| **Retainers Paid (Form IR-2)** | Attached | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

Signature of Authorized Individual* [signature]
Date 10/18/16

Printed Name of Authorized Individual David A. Carr
Member, CFO, Treasurer & Secretary

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

1. The Debtors have not yet obtained copies of the insurance certificates for the following five policies: primary & excess directors & officers/EPL and fiduciary liability, primary & excess directors & officers/EPL and fiduciary liability excess, crime, special crime, and contaminated product. The Debtors anticipate receiving copies of these insurance certificates in the near term and will file copies as soon as they are able to do so.

**DIP Budget**

**Garden Fresh | DIP Budget**

| *($ in thousands)*<br>Week Ending Sunday | **Week 1**<br>9-Oct | **Week 2**<br>16-Oct | **Week 3**<br>23-Oct | **Week 4**<br>30-Oct | **Week 5**<br>6-Nov | **Week 6**<br>13-Nov | **Week 7**<br>20-Nov | **Week 8**<br>27-Nov | **Week 9**<br>4-Dec | **Post Close**<br>Thereafter |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Receipts** | **$ 5,122** | **$ 5,047** | **$ 4,856** | **$ 4,577** | **$ 5,256** | **$ 4,864** | **$ 6,095** | **$ 5,538** | **$ 5,125** | - |
| Disbursements: | | | | | | | | | | |
| Food and Operating | 1,281 | 1,746 | 1,445 | 1,346 | 1,491 | 1,741 | 1,791 | 1,519 | 1,732 | - |
| Payroll, Rent, Utilities and Other | 2,505 | 2,987 | 2,103 | 4,147 | 4,025 | 2,961 | 2,077 | 3,756 | 4,154 | - |
| Insurance Related | 734 | 30 | 30 | 30 | 600 | 30 | 30 | 30 | 600 | - |
| Capital Expenditures | 110 | 110 | 110 | 135 | 135 | 135 | 135 | 135 | 135 | - |
| Interest | 931 | - | - | - | 724 | - | - | - | 724 | - |
| Debtors Professionals | - | - | - | - | - | 420 | - | - | - | 890 |
| UCC Professionals | - | - | - | - | - | 50 | - | - | - | 75 |
| Other Professionals and Bankruptcy Expenses | 309 | - | 600 | - | 65 | 250 | - | - | 65 | 365 |
| **Total Disbursements** | **5,869** | **4,873** | **4,289** | **5,658** | **7,040** | **5,587** | **4,033** | **5,440** | **7,411** | **1,330** |
| **Net Change in Cash** | **(747)** | **174** | **567** | **(1,081)** | **(1,784)** | **(723)** | **2,062** | **98** | **(2,286)** | **(1,330)** |
| Cash Balance - Beginning | 1,736 | 1,989 | 2,163 | 2,729 | 1,648 | 1,864 | 1,141 | 3,203 | 3,301 | 1,016 |
| Net Cash Flow | (747) | 174 | 567 | (1,081) | (1,784) | (723) | 2,062 | 98 | (2,286) | (1,330) |
| DIP Draw | 1,000 | - | - | - | 2,000 | - | - | - | - | 500 |
| **Cash Balance - Ending** | **$ 1,989** | **$ 2,163** | **$ 2,729** | **$ 1,648** | **$ 1,864** | **$ 1,141** | **$ 3,203** | **$ 3,301** | **$ 1,016** | **$ 186** |

**Certificates of Insurance**

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

4/1/2017

DATE (MM/DD/YYYY) 10/10/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER** LOCKTON COMPANIES
444 W. 47TH STREET, SUITE 900
KANSAS CITY MO 64112-1906
(816) 960-9000

CONTACT NAME:
PHONE (A/C, No, Ext): FAX (A/C, No):
E-MAIL ADDRESS:

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Travelers Property Casualty Co of America | 25674 |
| INSURER B : Great American Insurance Company | 16691 |
| INSURER C : Continental Casualty Company | 20443 |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED** 1377986
GARDEN FRESH RESTAURANT CORP.
GARDEN FRESH HOLDINGS,INC.;GF HOLDINGS, INC.;
GARDEN FRESH PROMOTIONS,LLC DBA:SWEET TOMATOES;
DBA:SOUPLANTATION
15822 BERNARDO CENTER DRIVE, SUITE A
SAN DIEGO CA 92127

**COVERAGES** 1085305 **CERTIFICATE NUMBER:** 14314430 **REVISION NUMBER:** XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE [X] OCCUR<br>X SELF INSURED<br>RETENTION - $250,000<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY PRO-JECT LOC<br>OTHER: | N | N | TJEXGL 4246B29A-16 | 4/1/2016 | 4/1/2017 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | [redacted] |
| A | AUTOMOBILE LIABILITY<br>ANY AUTO<br>OWNED AUTOS ONLY<br>SCHEDULED AUTOS<br>X HIRED AUTOS ONLY<br>X NON-OWNED AUTOS ONLY | N | N | TJBAP 4246B344-16 | 4/1/2016 | 4/1/2017 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | |
| B | X UMBRELLA LIAB X OCCUR<br>EXCESS LIAB CLAIMS-MADE<br>DED RETENTION $ | N | N | TUU568051311 | 4/1/2016 | 4/1/2017 | EACH OCCURRENCE<br>AGGREGATE | |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | N | TRJUB 4246B092-16 | 4/1/2016 | 4/1/2017 | X PER STATUTE OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | |
| C | EXCESS LIABILITY POLICY | N | N | 6011313435 | 4/1/2016 | 4/1/2017 | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
NOTICE OF CANCELLATION FOR OFFICE OF THE UNITED STATES TRUSTEE: 10 DAYS NON-PAYMENT OF PREMIUM; 30 DAYS ANY OTHER REASON.

**CERTIFICATE HOLDER**

**14314430**
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JULIET SARKESSIAN
844 KING STREET - ROOM 2207, LOCK BOX 35
WILMINGTON DE 19801

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE Joseph M Agnello

© 1988-2015 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 10/10/2016

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

PRODUCER NAME, CONTACT PERSON AND ADDRESS
PHONE (A/C, No, Ext): (816) 960-9000
LOCKTON COMPANIES
444 W. 47TH STREET, SUITE 900
KANSAS CITY MO 64112-1906

FAX (A/C, No):
E-MAIL ADDRESS:

CODE:
SUB CODE:

AGENCY CUSTOMER ID #:

COMPANY NAME AND ADDRESS
NAIC NO: 10851
Everest Indemnity Insurance Company

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

POLICY TYPE: Property

NAMED INSURED AND ADDRESS
1110927
GARDEN FRESH RESTAURANT CORP.
GARDEN FRESH HOLDINGS,INC.;GF HOLDINGS, INC.;
GARDEN FRESH PROMOTIONS,LLC DBA:SWEET TOMATOES;
DBA:SOUPLANTATION
15822 BERNARDO CENTER DRIVE, SUITE A
SAN DIEGO CA 92127

LOAN NUMBER:
POLICY NUMBER: 8400003699-161

| EFFECTIVE DATE | EXPIRATION DATE | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
|---|---|---|
| 4/1/2016 | 4/1/2017 | |

ADDITIONAL NAMED INSURED(S):

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION (ACORD 101 may be attached if more space is required) ☐ BUILDING OR ☐ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: BASIC ☐ BROAD ☐ SPECIAL [X] PER POLICY

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 15M P/O 15M X 5 — DED: SEE COMMENTS

| | YES | NO | N/A | |
|---|---|---|---|---|
| [X] BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: X Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | X | | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | | X | |
| LIMITED FUNGUS COVERAGE | | X | | If YES, LIMIT: DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | | | X | |
| COINSURANCE | | X | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | | X | | If YES, LIMIT: DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | | X | If YES, LIMIT: DED: |
| - Demolition Costs | | X | | If YES, LIMIT: DED: |
| - Incr. Cost of Construction | | X | | If YES, LIMIT: DED: |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: INCLUDED DED: SEE ATTACHED |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: INCLUDED DED: SEE ATTACHED |
| WIND / HAIL INCL [X] YES ☐ NO Subject to Different Provisions: | | X | | If YES, LIMIT: DED: |
| NAMED STORM INCL [X] YES ☐ NO Subject to Different Provisions: | | X | | If YES, LIMIT: DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

DB

☐ CONTRACT OF SALE ☐ LENDER'S LOSS PAYABLE ☐ LOSS PAYEE
☐ MORTGAGEE [X] BANKRUPTCY TRUSTEE

NAME AND ADDRESS
539891
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JULIET SARKESSIAN
844 KING STREET - ROOM 227, LOCK BOX 35
WILMINGTON DE 19801

LENDER SERVICING AGENT NAME AND ADDRESS

AUTHORIZED REPRESENTATIVE
[signature]

© 2003-2015 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE-Including Special Conditions (Use only if more space is required)**

DEDUCTIBLES:*CA EARTHQUAKE-5% OF THE TOTAL INSURABLE VALUES OF EACH UNIT AT THE TIME WHEN SUCH LOSS OCCURS,SUBJECT TO $250,000 MINIMUM PER OCCURRENCE. FLOOD-$100,000 MINIMUM PER OCCURRENCE ALL OTHER PERILS-$25,000 PER OCCURRENCE *NON HAZARD LOCATIONS: EARTHQUAKE DEDUCTIBLE IS 2% PER UNIT OF INSURANCE $100,000 MINIMUM. *EQSL DEDUCTIBLE-$100,000. FLOOD ZONE V EXCLUDED. NOTICE OF CANCELLATION FOR OFFICE OF THE UNITED STATES TRUSTEE: 10 DAYS NON-PAYMENT OF PREMIUM; 30 DAYS ANY OTHER REASON.

ACORD®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY): 10/10/2016

**THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

| | |
|---|---|
| PRODUCER NAME, CONTACT PERSON AND ADDRESS — PHONE (A/C, No, Ext): (816) 960-9000<br>LOCKTON COMPANIES<br>444 W. 47TH STREET, SUITE 900<br>KANSAS CITY MO 64112-1906 | COMPANY NAME AND ADDRESS — NAIC NO: 25674<br>Travelers Property Casualty Co of America |
| FAX (A/C, No): — E-MAIL ADDRESS: | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| CODE: — SUB CODE: | POLICY TYPE<br>Property |
| AGENCY CUSTOMER ID #: | |
| NAMED INSURED AND ADDRESS<br>1110928<br>GARDEN FRESH RESTAURANT CORP.<br>GARDEN FRESH HOLDINGS,INC.;GF HOLDINGS, INC.;<br>GARDEN FRESH PROMOTIONS,LLC DBA:SWEET TOMATOES;<br>DBA:SOUPLANTATION<br>15822 BERNARDO CENTER DRIVE, SUITE A<br>SAN DIEGO CA 92127 | LOAN NUMBER: — POLICY NUMBER: KTJCMB4E65525516<br>EFFECTIVE DATE: 4/1/2016 — EXPIRATION DATE: 4/1/2017 — ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION (ACORD 101 may be attached if more space is required) ☐ BUILDING OR ☐ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION

**THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.**

## COVERAGE INFORMATION

PERILS INSURED: ☐ BASIC ☐ BROAD [X] SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ SEE ATTACHED — DED: 25,000

| | YES | NO | N/A | | |
|---|---|---|---|---|---|
| [X] BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: SEE ATTACHED | ☐ Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | | X | | If YES, indicate value(s) reported on property identified above: $ | |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | | X | | |
| LIMITED FUNGUS COVERAGE | | X | | If YES, LIMIT: | DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | | X | | |
| REPLACEMENT COST | X | | | | |
| AGREED VALUE | | | X | | |
| COINSURANCE | | X | | If YES, % | |
| EQUIPMENT BREAKDOWN (If Applicable) | | | X | If YES, LIMIT: | DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | X | | If YES, LIMIT: | DED: |
| - Demolition Costs | | X | | If YES, LIMIT: | DED: |
| - Incr. Cost of Construction | | X | | If YES, LIMIT: | DED: |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: [redacted] | DED: SEE ATTACHED |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: [redacted] | DED: SEE ATTACHED |
| WIND / HAIL INCL [X] YES ☐ NO Subject to Different Provisions: | | X | | If YES, LIMIT: | DED: |
| NAMED STORM INCL [X] YES ☐ NO Subject to Different Provisions: | | X | | If YES, LIMIT: | DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | | |

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

DB [M495706]

☐ CONTRACT OF SALE ☐ LENDER'S LOSS PAYABLE ☐ LOSS PAYEE
☐ MORTGAGEE [X] BANKRUPTCY TRUSTEE

LENDER SERVICING AGENT NAME AND ADDRESS

NAME AND ADDRESS
539894
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JULIET SARKESSIAN
844 KING STREET - ROOM 227, LOCK BOX 35
WILMINGTON DE 19801

AUTHORIZED REPRESENTATIVE
Joseph M Arnello

© 2003-2015 ACORD CORPORATION. All rights reserved.



The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE-Including Special Conditions (Use only if more space is required)**

SEE ATTACHED SCHEDULE OF LOCATIONS FOR SPECIFIC PROPERTY VALUES. EARTHQUAKE DEDUCTIBLES: 5%/$250,000 MINIMUM-CALIFORNIA; 5%/$250,000 MINIMUM-HIGH/MODERATE RISK; $100,000 ALL OTHER LOCATIONS. FLOOD DEDUCTIBLE: $250,000 HIGH HAZARD AND MODERATE HAZARD ZONES. $100,000 ALL OTHER LOCATIONS. NOTICE OF CANCELLATION FOR UNITED STATES TRUSTEE 10 DAYS NON-PAYMENT OF PREMIUM; 30 DAYS ANY OTHER REASON



Certificate Holder ID: 539894

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

5/11/2017

DATE (MM/DD/YYYY) 10/10/2016

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER** LOCKTON COMPANIES
444 W. 47TH STREET, SUITE 900
KANSAS CITY MO 64112-1906
(816) 960-9000

**CONTACT NAME:**
**PHONE (A/C, No, Ext):** **FAX (A/C, No):**
**E-MAIL ADDRESS:**

| INSURER(S) AFFORDING COVERAGE | | NAIC # |
|---|---|---|
| INSURER A | Travelers Property Casualty Co of America | 25674 |
| INSURER B | | |
| INSURER C | | |
| INSURER D | | |
| INSURER E | | |
| INSURER F | | |

**INSURED** GARDEN FRESH RESTAURANT CORP.
1379626 DBA SOUPLANTATION;
DBA: SWEET TOMATOES
15822 BERNARDO CENTER DRIVE, SUITE A
SAN DIEGO CA 92127

**COVERAGES** 1085305 **CERTIFICATE NUMBER:** 14314546 **REVISION NUMBER:** XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC<br>OTHER: | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ XXXXXXX |
| | | | | | | | MED EXP (Any one person) | $ XXXXXXX |
| | | | | | | | PERSONAL & ADV INJURY | $ XXXXXXX |
| | | | | | | | GENERAL AGGREGATE | $ XXXXXXX |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ XXXXXXX |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>OWNED AUTOS ONLY / SCHEDULED AUTOS<br>H RED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | NOT APPLICABLE | | | COMBINED SINGLE LIMIT (Ea accident) | $ XXXXXXX |
| | | | | | | | BOD LY INJURY (Per person) | $ XXXXXXX |
| | | | | | | | BOD LY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | AGGREGATE | $ XXXXXXX |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | NOT APPLICABLE | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ XXXXXXX |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ XXXXXXX |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ XXXXXXX |
| A | MOTOR TRUCK CARGO - INLAND MARINE | N | N | QT-660-4306B413-TIL-16 | 5/11/2016 | 5/11/2017 | [redacted] | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
RE: TERMINAL LOCATED AT 15822 BERNARDO CENTER DRIVE, SUITE A, SAN DIEGO, CA 92127. NOTICE OF CANCELLATION FOR UNITED STATES TRUSTEE 10 DAYS NON-PAYMENT OF PREMIUM; 30 DAYS ANY OTHER REASON.

**CERTIFICATE HOLDER**

**14314546**

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JULIET SARKESSIAN
844 KING STREET - ROOM 227, LOCK BOX 35
WILMINGTON DE 19801

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**



© 1988-2015 ACORD CORPORATION. All rights reserved

The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

4/1/2017

DATE (MM/DD/YYYY) 10/10/2016

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
LOCKTON COMPANIES
444 W. 47TH STREET, SUITE 900
KANSAS CITY MO 64112-1906
(816) 960-9000

**CONTACT NAME:**
**PHONE (A/C, No, Ext):** **FAX (A/C, No):**
**E-MAIL ADDRESS:**

| INSURER(S) AFFORDING COVERAGE | | NAIC # |
|---|---|---|
| INSURER A | National Union Fire Ins Co Pitts. PA | 19445 |
| INSURER B | | |
| INSURER C | | |
| INSURER D | | |
| INSURER E | | |
| INSURER F | | |

**INSURED**
1419880 GARDEN FRESH RESTAURANT CORP.
15822 BERNARDO CENTER DRIVE, SUITE A
SAN DIEGO CA 92127

**COVERAGES** 1085305 **CERTIFICATE NUMBER:** 14314741 **REVISION NUMBER:** XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | CLAIMS-MADE / OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ XXXXXXX |
| | | | | | | | MED EXP (Any one person) | $ XXXXXXX |
| | | | | | | | PERSONAL & ADV INJURY | $ XXXXXXX |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ XXXXXXX |
| | POLICY / PRO-JECT / LOC | | | | | | PRODUCTS - COMP/OP AGG | $ XXXXXXX |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | NOT APPLICABLE | | | COMBINED SINGLE LIMIT (Ea accident) | $ XXXXXXX |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | OWNED AUTOS ONLY / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | EXCESS LIAB / CLAIMS-MADE | | | | | | AGGREGATE | $ XXXXXXX |
| | DED / RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | NOT APPLICABLE | | | PER STATUTE / OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ XXXXXXX |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ XXXXXXX |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ XXXXXXX |
| A | CYBER LIABILITY | N | N | 01-278-06-14 | 4/1/2016 | 4/1/2017 | [redacted] | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
RE: NOTICE OF CANCELLATION FOR UNITED STATES TRUSTEE 10 DAYS NON-PAYMENT OF PREMIUM; 30 DAYS ANY OTHER REASON. LIMITS LISTED ABOVE INCLUDE THE FOLLOWING: MEDIA CONTENT INSURANCE; SECURITY AND PRIVACY LIABILITY INSURANCE/REGULATORY ACTION; EVENT MANAGEMENT INSURANCE; CYBER EXTORTION INSURANCE. SEE POLICY FOR COMPLETE COVERAGE TERMS AND CONDITIONS.

**CERTIFICATE HOLDER**

**14314741**

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JULIET SARKESSIAN
844 KING STREET - ROOM 227, LOCK BOX 35
WILMINGTON DE 19801

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**



© 1988-2015 ACORD CORPORATION. All rights reserved
The ACORD name and logo are registered marks of ACORD

**Cash Management Order**

**&**

**List of Accounts**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12714 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 11** |

**ORDER (I) APPROVING CONTINUED USE OF CASH MANAGEMENT SYSTEM, (II) AUTHORIZING USE OF PREPETITION BANK ACCOUNTS AND EXISTING CHECK STOCK, (III) WAIVING THE REQUIREMENTS OF 11 U.S.C. § 345(b) ON AN INTERIM BASIS, (IV) AUTHORIZING THE CONTINUATION OF INTERCOMPANY TRANSACTIONS AND GRANTING ADMINISTRATIVE EXPENSE STATUS TO CERTAIN POSTPETITION INTERCOMPANY CLAIMS, AND (V) MAINTAINING THE ABILITY TO USE DEBIT, WIRE AND ACH PAYMENTS**

Upon consideration of the motion (the "Motion")[2] of the above-captioned Debtors for entry of an order pursuant to sections 105, 345, 363 and 503 of the Bankruptcy Code, Bankruptcy Rules 6003 and 6004, and Local Rule 2015-2 (i) authorizing and approving the Debtors' continued use of their existing cash management system, (ii) authorizing the Debtors to continue to use their prepetition bank accounts and existing check stock, (iii) waiving the requirements of 11 U.S.C. § 345(b) on an interim basis with respect to the Debtors' deposit practices, (iv) authorizing the continuation of intercompany transactions and granting administrative expense status to certain postpetition intercompany claims between and among the Debtors and (v) maintaining the ability to use debit, wire and ACH payments; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376). The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

and 157, and the *Amended Standing Order of Reference* dated February 29, 2012, from the United States District Court for the District of Delaware; and it appearing that the Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of these cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, and DECREED that**:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, in their discretion, to: (a) continue operating the Cash Management System described in the Motion; (b) maintain the existing bank accounts set forth on Exhibit C to the Motion (the "Bank Accounts"); (c) continue to deposit funds in accordance with their current practices set forth in the Motion; (d) continue intercompany transactions among Debtors; and (e) maintain the ability to use debit, wire and ACH Payments.

3. The Debtors will maintain accurate and detailed records of all transfers, including but not limited to intercompany transactions, so as to permit all such transactions to be readily ascertained, traced, recorded properly and distinguished between prepetition and post-petition transactions.

4. The Debtors are further authorized, in their discretion, to: (a) continue to use, with the same account numbers, all of the Bank Accounts; (b) treat the Bank Accounts for all purposes as debtor in possession accounts; (c) deposit funds in and withdraw funds from the Bank Accounts by all usual means, including checks, wire transfers and other debits; (d) pay any

ordinary course bank fees incurred in connection with the Bank Accounts, and (e) otherwise perform their obligations under the documents governing the Bank Accounts.

5. The Debtors' banks are hereby authorized to continue to service and administer the Bank Accounts as accounts of the Debtors as debtors in possession without interruption and in the usual and ordinary course, and to receive, process, honor, and pay any and all checks and drafts drawn on, or electronic transfer requests made on, the Bank Accounts after the Petition Date by the holders or makers thereof, as the case may be; provided, however, that any check drawn or issued by the Debtors before the Petition Date may be honored only if specifically authorized by order of this Court.

6. Except for those checks that may be honored and paid to comply with any order(s) of this Court authorizing payment of certain prepetition claims, no checks or drafts issued on the Bank Accounts before the Petition Date but presented for payment after the Petition Date shall be honored or paid.

7. In the course of providing cash management services to the Debtors, each of the banks at which the Bank Accounts are maintained is authorized, without further order of this Court, to deduct the applicable fees from the appropriate accounts of the Debtors, and further, to charge back to the appropriate accounts of the Debtors any amounts resulting from returned checks or other returned items, including returned items that result from ACH transactions, wire transfers or other electronic transfers of any kind, regardless of whether such items were deposited or transferred prepetition or postpetition and regardless of whether the returned items relate to prepetition or postpetition items or transfers.

8. Notwithstanding any other provision of this Order, any bank may rely upon the representations of the Debtors with respect to whether any check, draft, wire, or other transfer

drawn or issued by the Debtors before the Petition Date should be honored pursuant to any order of this Court, and any bank that honors a prepetition check or other item drawn on any account that is the subject of this Order (a) at the direction of the Debtors or (b) in a good faith belief that the Court has authorized such prepetition check or item to be honored, shall neither be deemed to be in violation of this Order nor be liable to the Debtors or their estates on account of such prepetition check or other item being honored postpetition, or otherwise deemed to be in violation of this Order.

9. Any banks are further authorized to accept and hold the Debtors' funds in accordance with the Debtors' instructions; provided, that, in each case the Debtors' banks shall not have any liability to any party for relying on such instructions .

10. For Banks at which the Debtors hold bank accounts that are party to a Uniform Depository agreement with the Office of the United States Trustee for the District of Delaware, within 15 days of the date of entry of this Order the Debtors shall (a) contact each Bank, (b) provide the Bank with the applicable employer identification number and (c) identify each of the Bank Accounts held at such Bank as being held by a debtor in possession in a bankruptcy case and provide the case number of the lead chapter 11 case.

11. The Debtors are authorized to use their existing check stock and are not required to (i) immediately obtain new check stock reflecting their status as debtors in possession, including listing the chapter 11 case numbers, or (ii) print "Debtor in Possession" on any of their existing check stock. Any check stock ordered after the Petition Date shall bear the legend "Debtors in Possession" and the lead case number for these chapter 11 cases. To the extent the Debtors prints their own checks from blank check stock, the electronic template shall be updated

to include "Debtors in Possession" and the case number for the lead chapter 11 case within 14 days of the entry of this order.

12. . The Debtors are authorized to open any new bank accounts or close any existing bank accounts as they may deem necessary and appropriate in their sole discretion; provided, however, that the Debtors give notice within fifteen (15) days to the Office of the United States Trustee for the District of Delaware and any statutory committees appointed in these chapter 11 cases; provided, further, however that the Debtors shall open any such new bank account at banks that have executed a Uniform Depository Agreement with the Office of the United States Trustee for the District of Delaware, or at such banks that are willing to immediately execute such an agreement.

13. The Debtors may settle postpetition Intercompany Transactions in a manner that is consistent with the Debtors' prepetition practices, and with respect to all Intercompany Claims between Debtors that arise after the Petition Date as a result of an Intercompany Transaction, the net amount owed by any Debtor to any other Debtor shall be accorded administrative expense priority status.

14. Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained in the Motion or this Order shall constitute, nor is it intended to constitute, an admission as to the validity or priority of any claim or lien against the Debtors or a waiver of the Debtors' rights to dispute any claim or lien.

15. The Debtors may exercise their rights under Bankruptcy Code section 558 to set off obligations owed by any Debtor to any non-debtor affiliate against amounts owed by such non-debtor affiliate. Nothing herein authorizes any Debtor to transfer any funds to any non-

debtor affiliate, or allow any non-debtor affiliate to set off any amounts they may owe to any of the Debtors against any amounts any of the Debtors may owe to such non-debtor affiliate.

16. Bankruptcy Rule 6003(b) has been satisfied because the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors. The requirements of Bankruptcy Rule 6004(a) are waived under the circumstances.

17. Notwithstanding any provision in the Bankruptcy Rules to the contrary: (a) this Order shall be effective immediately and enforceable upon its entry; (b) the Debtors are not subject to any stay in the implementation, enforcement, or realization of the relief granted in this Order; and (c) the Debtors are authorized and empowered, and may in their discretion and without further delay, take any action necessary or appropriate to implement this Order.

18. Within five days of the entry of this Order, the Debtors will serve a copy of this Order on the Banks listed in Exhibit C attached to the Motion.

19. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

20. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: October 4, 2016
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge

**Bank Accounts**

| Bank Name and Address | Account Number | Account Name / Type |
|---|---|---|
| Wells Fargo Bank, N.A.<br>420 Montgomery St., San Francisco, CA 94104 | XXXX-XX8404 | Concentration Account |
| Wells Fargo Bank, N.A.<br>420 Montgomery St., San Francisco, CA 94104 | XXXX-XX7439 | Depository Account #1 |
| Wells Fargo Bank, N.A.<br>420 Montgomery St., San Francisco, CA 94104 | XXXX-XX9094 | Depository Account #2<br>(**Note: see subaccounts listed below) |
| Wells Fargo Bank, N.A.<br>420 Montgomery St., San Francisco, CA 94104 | XXXX-XX5304 | Accounts Payable Account; Controlled Disbursement Account |
| Wells Fargo Bank, N.A.<br>420 Montgomery St. San Francisco, CA 94104 | XXXX-XX5346 | Payroll Account; Controlled Disbursement Account |
| Wells Fargo Bank, N.A.<br>420 Montgomery St., San Francisco, CA 94104 | XXXX-XX8461 | Merchant Account |
| Wells Fargo Bank, N.A.<br>420 Montgomery St., San Francisco, CA 94104 | XXXX-XX8446 | Change Order Account |
| Wells Fargo Bank, N.A.<br>8954 Rio San Diego Dr, Suite 403, San Diego, CA 92108 | 5XXXXXX0000 | Rabbi Trust Account |
| Wells Fargo Bank, N.A.<br>420 Montgomery St., San Francisco, CA 94104 | XXXXXX9580 | Promotions Account |

| | | |
|---|---|---|
| Citibank, N.A.<br>One Penns Way, New Castle, DE 19720 | XXXX 5906 | Health Plan Account |

**Sub-accounts under Depository Account #2**

| Account Number | Account Name |
|---|---|
| XXXXXX3101 | GARDEN FRESH RESTAURANT #102 |
| XXXXXX0038 | GARDEN FRESH RESTAURANTS-TAMPA #37 |
| XXXXXX0046 | GARDEN FRESH RESTAURANTS-CAROLLWOOD #30 |
| XXXXXX0053 | GARDEN FRESH RESTAURANTS-BRANDON #38 |
| XXXXXX0061 | GARDEN FRESH RESTAURANTS-HOLLYWOOD #51 |
| XXXXXX0079 | GARDEN FRESH REST-PEMBROKE PINES #78 |
| XXXXXX0087 | GARDEN FRESH RESTAURANTS-PALM HARBOR #21 |
| XXXXXX0095 | GARDEN FRESH RESTAURANTS-LARGO #27 |
| XXXXXX0103 | GARDEN FRESH RESTAURANTS-PLANTATION #40 |
| XXXXXX0111 | GARDEN FRESH REST-FT. LAUDERDALE #52 |
| XXXXXX0129 | GARDEN FRESH REST-CORAL SPRINGS #55 |
| XXXXXX0137 | GARDEN FRESH RESTAURANTS BOCA RATON #80 |
| XXXXXX0145 | GARDEN FRESH RESTAURANTS-SARASOTA #45 |
| XXXXXX0152 | GARDEN FRESH RESTAURANTS-ORLANDO I #72 |
| XXXXXX0160 | GARDEN FRESH RESTAURANTS-ORLANDO II #74 |
| XXXXXX0178 | GARDEN FRESH REST-ALTAMONT SPRINGS #50 |
| XXXXXX0186 | GARDEN FRESH RESTAURANTS-FORT MYERS #49 |
| XXXXXX0194 | GARDEN FRESH RESTAURANTS-ORANGE PARK #63 |
| XXXXXX0202 | GARDEN FRESH RESTAURANTS-JACKSONVILLE #7 |
| XXXXXX1857 | GARDEN FRESH RESTAURANT CORP. #103 |

| | |
|---|---|
| XXXXXX8803 | SWEET TOMATOES |
| XXXXXX8991 | GARDEN FRESH RESTAURANT CORP |
| XXXXXX9427 | SWEET TOMATOES #107 |
| XXXXXX7257 | GARDEN FRESH RESTAURANT CORP |
| XXXXXX4439 | SWEET TOMATOES #118 |
| XXXXXX6846 | SWEET TOMATOES #125 |
| XXXXXX6853 | SWEET TOMATOES #126 |
| XXXXXX1176 | SWEET TOMATOES #121 |
| XXXXXX9799 | GARDEN FRESH REST SWEET TOMATOES #120 |
| XXXXXX7912 | GARDEN FRESH REST CORP SWEET TOMATOES #128 |

**Form IR-2 (Retainers Paid)**

**In re Garden Fresh Restaurant Intermediate Holding, LLC, *et al.*** **Case No. 16-12174 (CSS)**
Debtors

**SCHEDULE OF RETAINERS PAID TO PROFESSIONALS**[1]
(This schedule is to include each Professional paid a retainer)

| Payee | Check | | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| | Date | Number | | | | |
| Morgan Lewis | 7/5/16 | Wire Ref#160705183823 | Garden Fresh Restaurant Corp. | $131,109.90 | unknown | unknown |
| Morgan Lewis | 8/26/16 | Wire Ref#160825169451 | Garden Fresh Restaurant Corp. | $116,973.50 | unknown | unknown |
| Morgan Lewis | 9/21/16 | Wire Ref#160921160161 | Garden Fresh Restaurant Corp. | $225,000.00 | unknown | unknown |
| Morgan Lewis | 9/28/16 | Wire Ref#160928120684 | Garden Fresh Restaurant Corp. | $50,000.00 | unknown | unknown |
| Morgan Lewis | 9/30/16 | Wire Ref#160930269300 | Garden Fresh Restaurant Corp. | $28,000.00 | unknown | unknown |
| Epiq Bankruptcy Solutions | 9/26/16 | Wire Ref#160926159223 | Garden Fresh Restaurant Corp. | $15,000.00 | unknown | unknown |
| Young Conaway | 9/29/16 | Wire Ref#160929185570 | Garden Fresh Restaurant Corp. | $105,000.00 | unknown | unknown |

1. The Debtors are still in the process of reconciling the amounts applied to date.