IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT<br>INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-12174 (CSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 27, 73, and 169 |

**CERTIFICATION OF COUNSEL REGARDING FIRST (1ST)
OMNIBUS ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554(a) OF THE
BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO REJECT CERTAIN
<u>UNEXPIRED LEASES, *NUNC PRO TUNC* TO THE PETITION DATE</u>**

On October 3, 2016, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") the *Debtors' First (1st) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Unexpired Leases,* Nunc Pro Tunc *to the Petition Date* [Docket No. 27] (the "<u>Motion</u>").

Pursuant to the Notice of Motion [Docket No. 73], the deadline to file objections or responses to the Motion (the "<u>Objection Deadline</u>") was October 21, 2016, at 4:00 p.m. (ET).[2] On or before the applicable Objection Deadline, the Debtors received informal comments from the U.S. Trustee, the Committee, and certain of the Debtors' landlords (collectively, the "<u>Parties</u>"). No other objections or responses were received on or before the Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376). The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

[2] By agreement, the Objection Deadline was extended for the Office of the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>") and the Official Committee of Unsecured Creditors (the "<u>Committee</u>").

01:19439847.1

The Debtors have worked with the Parties to resolve their responses, and have done so through, among other things, certain revisions to the proposed form of order filed with the Motion (the "Proposed Order").  In light of this, attached hereto as **Exhibit A** is a revised Proposed Order (the "Revised Proposed Order").[3]  The Debtors submit that the Revised Proposed Order is appropriate and consistent with the relief requested in the Motion and the Debtors' discussions with the Parties, and that entry of the order is in the best interests of the Debtors, their estates and creditors. The Parties have indicated to the Debtors that they do not oppose the entry of the Revised Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience without further notice or a hearing.

|  |  |
|---|---|
| Dated: October 27, 2016<br>Wilmington, Delaware | **MORGAN, LEWIS & BOCKIUS LLP**<br>Neil E. Herman<br>James O. Moore<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br><br>- and -<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Ian J. Bambrick*<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Ian J. Bambrick (No. 5455)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

---

[3] For ease of reference, attached hereto as **Exhibit B** is a copy of the Revised Proposed Order marked against the Proposed Order (the "Blackline").

01:19439847.1