IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12174 (CSS)<br><br>Jointly Administered<br><br>**New Cure Objection Deadline:**<br>**November 29, 2016 at 4:00 p.m. (ET)**<br><br>**Sale Objection Deadline:**<br>**December 9, 2016 at 4:00 p.m. (ET)**<br><br>**New Adequate Assurance Objection Deadline (Other than for Stalking Horse Bidder):**<br>**December 14, 2016 at 4:00 p.m. (ET)**<br><br>Re: Docket Nos. 103, 347, and 354 |

## NOTICE OF SALE, BID PROCEDURES, AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE** that, on October 7, 2016, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Motion for Orders (A)(I) Authorizing and Approving Bid Procedures, (II) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA, (III) Approving Notice Procedures, (IV) Scheduling a Sale Hearing, and (V) Approving Procedures for Assumption and Assignment and Determining Cure Amounts and (B)(I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (II) Approving the Stalking Horse APA; and (III) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 103] (the "Sale Motion"),[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"), seeking, among other things, entry of an order (the "Sale Order") authorizing and approving: (a) the sale (the "Sale") of certain assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests (other than Permitted Encumbrances (as defined in the Asset Purchase Agreement dated November 14, 2016 (in substantially the form filed on November 14, 2016 as Docket No. 347, the "Stalking Horse APA")), with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the Sale proceeds, to GFRC Acquisition LLC, a Delaware limited liability company (together with its permitted designees, successors and permitted assignees in accordance with the Stalking Horse APA, the "Stalking Horse Bidder"), an affiliate of the TLA Lenders, except as set forth in the Stalking Horse APA and subject to higher or otherwise better

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376). The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

[2] Unless otherwise stated, all capitalized terms not defined herein shall have the same meaning as set forth in the Sale Motion.

01:19513739.3

offers; and (b) certain procedures for the assumption and assignment of executory contracts (the "Contracts") and unexpired leases (the "Leases") in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are soliciting offers for the purchase of the Purchased Assets free and clear of all claims and liens whatsoever and assumption of the Assumed Liabilities (as defined in the Stalking Horse APA) of the Debtors consistent with certain bidding procedures (the "Bid Procedures") approved by the Court by entry of an order on November 15, 2016 [Docket No. 354] (the "Bid Procedures Order").  The deadline for each Potential Bidder (as defined in Bid Procedures) to submit a proposal to purchase the Purchased Assets is **December 6, 2016 at 5:00 p.m. (Prevailing Eastern Time)** (the "Bid Deadline").  **All interested bidders should carefully read the Bid Procedures and Bid Procedures Order.**  To the extent that there are any inconsistencies between this notice and the Bid Procedures or Bid Procedures Order, the Bid Procedures or Bid Procedures Order, as applicable, shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that, if the Debtors receive qualified competing bids within the requirements and time frame specified by the Bid Procedures, the Debtors will conduct an auction (the "Auction") of the Purchased Assets on **December 8, 2016 at 10:00 a.m. (prevailing Eastern Time) at the offices of Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178**, which may be attended by any and all creditors of the Debtors who provide written notice to Debtors' counsel, set forth below, no later than one Business Day prior to the Auction; provided, however, that the Debtors, in their discretion, shall have the right to hold the Auction at another place (which shall be in New York, New York), or on such other date as determined by the Debtors, with the prior consent of the official committee of unsecured creditors appointed in the Cases (the "Committee") and the Stalking Horse Bidder (not to be unreasonably withheld, conditioned or delayed) with notice to all Qualified Bidders and any other invitees, including all creditors that provide timely written notice of intent to attend the Auction.

**PLEASE TAKE FURTHER NOTICE** that creditors that wish to attend the Auction must send notice to Debtors' counsel, Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178, Attn: James O. Moore (james.moore@morganlewis.com), indicating that they intend to attend the Auction no less than one (1) Business Day prior to the Auction. Such notice should include an email address or fax number where the creditor can be reached to be notified of any change in the location or date of the Auction.

**PLEASE TAKE FURTHER NOTICE** that, by the earlier of (i) twenty-four hours following the close of the Auction or (ii) the close of business on December 9, 2016, the Debtors shall file a notice identifying the Successful Bidder and serve such notice by fax, email or (if neither is available) FedEx to all counterparties to Contracts or Leases and by fax or email to all creditors of the Debtors who have requested the same in writing and provided their fax number, email address or street address, as applicable, to Debtors' counsel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, a hearing will be held before the Honorable Judge Christopher S. Sontchi, United States Bankruptcy Judge, on **December 15, 2016 at 1:00 p.m. (prevailing Eastern Time)**, in Courtroom 6 of the Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, to consider approval of the Sale (the "Sale Hearing").  The Sale Hearing may be rescheduled or

continued from time to time without further notice other than the announcement of the adjourned date(s) at the Sale Hearing or any continued hearing or on the applicable hearing agenda or other notice filed on the docket of these Chapter 11 Cases.  If the Successful Bidder fails to consummate the proposed transaction, parties will have at least seven (7) days' notice and opportunity to object to the sale to the Back-Up Bidder.  For the avoidance of doubt, the scope of the hearing on approval of the sale to the Back-Up Bidder shall be limited to issues relating to the identity of the Back-Up Bidder such as adequate assurance and assignments of Contracts or Leases to the Back-Up Bidder.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections, if any, to the transactions contemplated by the Stalking Horse APA or to entry of the Sale Order, including objections to the assignment of Contracts and Leases to the Stalking Horse Bidder, is **December 9, 2016 at 4:00 p.m. (Prevailing Eastern Time)**, **except** as otherwise set forth in the Bid Procedures Order with respect to (i) matters arising under Contracts and Leases following the Closing, (ii) the assignment of Contracts and Leases to the Successful Bidder (other than the Stalking Horse Bidder), which shall be filed by **December 14, 2016 at 4:00 p.m. (Prevailing Eastern Time)**, or (iii) objections to proposed cure amounts, which shall be filed by **November 29, 2016 at 4:00 p.m. (Prevailing Eastern Time)**.  Objections, if any, must:  (i) be in writing, (ii) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules and any orders of the Court, (iii) state with particularity the legal and factual basis for the objection and the specific grounds therefor and (iv) be filed with the Court at 824 Market Street, 5th Floor, Wilmington, Delaware 19801 and served so as to be actually received no later than the applicable objection deadline by the following parties:  (a) the Debtors: Garden Fresh Restaurant Intermediate Holding, LLC, 15822 Bernardo Center Drive, Suite A, San Diego, CA 92127, Attn: John D. Morberg (jmorberg@gardenfreshcorp.com); (b) counsel to the Debtors: Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178, Attn: Neil E. Herman, Esq. (neil.herman@morganlewis.com), James O. Moore, Esq. (james.moore@morganlewis.com) and Katherine L. Lindsay, Esq. (katherine.lindsay@morganlewis.com), and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801; Attn: Michael R. Nestor, Esq. (mnestor@ycst.com), Kenneth J. Enos, Esq. (kenos@ycst.com) and Ian J. Bambrick, Esq. (ibambrick@ycst.com); (c) the Office of the United States Trustee for the District of Delaware (the "US Trustee"): 844 King Street, Room 2207, Wilmington, Delaware 19801; Attn: Juliet M. Sarkessian, Esq. (Juliet.M.Sarkessian@usdoj.gov); (d) proposed counsel to the Committee: Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, Attn: Jason R. Adams, Esq. (JAdams@KelleyDrye.com) and Eric R. Wilson, Esq. (EWilson@KelleyDrye.com); (e) counsel to the TLB Lenders: (i) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Jayme T. Goldstein, Esq. (jgoldstein@stroock.com) and Daniel P. Ginsberg, Esq. (dginsberg@stroock.com) and (ii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn:  Laura Davis Jones, Esq. (ljones@pszjlaw.com); (f) counsel to the DIP Agent, the TLA Agent, and the Stalking Horse Bidder: (i) Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067, Attn: Michael L. Tuchin, Esq. (Mtuchin@ktbslaw.com) and David M. Guess, Esq. (Dguess@ktbslaw.com) and (ii) Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Esq. (collins@rlf.com); (g) counsel to the TLB Agent: Holland & Knight LLP, 131 South Dearborn Street, 30th Floor, Chicago, IL 60603, Attn. Joshua Spencer, Esq. (joshua.spencer@hklaw.com); (h) the financial advisor to the Debtors: Piper Jaffray & Co., 2321 Rosecrans Avenue, Suite 3200, El Segundo, CA 90245; Attn: Teri Stratton (Teri.L.Stratton@pjc.com) and Jean Hosty (Jean.E.Hosty@pjc.com); and (i) counsel to the TLC

Agent and the TLD Agent: Vinson & Elkins LLP, 666 Fifth Avenue, 26th Floor, New York, NY 10103, Attn: Steve M. Abramowitz, Esq. (SAbramowitz@velaw.com).

**PLEASE TAKE FURTHER NOTICE THAT, ABSENT AN ORDER OF THE COURT TO THE CONTRARY, ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE IN ACCORDANCE WITH THE BID PROCEDURES AND THE BID PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AS SET FORTH IN THE STALKING HORSE APA.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion (and all exhibits thereto), the Bid Procedures Order, the Bid Procedures, proposed Sale Order (and all exhibits thereto), and the Stalking Horse APA are available for review free of charge by accessing http://dm.epiq11.com/GFR. In addition, copies of such documents are available upon written request via first class mail to Epiq Bankruptcy Solutions, LLC, Re: Garden Fresh Restaurant Intermediate Holding LLC, *et al.*, 777 Third Avenue, 12th Floor, New York, NY 10017 via telephone at (646) 282-2400 or via email at epiqteamblue@epiqsystems.com.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures and Bid Procedures Order, upon the closing of the Sale, a separate notice will be provided to the counterparties to executory contracts and unexpired leases that are to be assumed and assigned in connection with the Sale.

| | |
|---|---|
| Dated: November 17, 2016<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ian J. Bambrick*<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Ian J. Bambrick (No. 5455)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br><br>-and-<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Neil E. Herman (admitted *pro hac vice*)<br>James O. Moore (*pro hac vice* pending)<br>Katherine L. Lindsay (*pro hac vice* pending)<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br><br>*Counsel to the Debtors and Debtors in Possession* |