**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GARDEN FRESH RESTAURANT INTERMEDIATE HOLDING, LLC, *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 16-12174 (CSS)<br><br>Jointly Administered<br><br>**<u>New Cure Objection Deadline</u>:**<br>**November 29, 2016 at 4:00 p.m. (ET)**<br><br>**<u>Sale Objection Deadline</u>:**<br>**December 9, 2016 at 4:00 p.m. (ET)**<br><br>**<u>New Adequate Assurance Objection Deadline</u>**<br>**<u>(Other than for Stalking Horse Bidder)</u>:**<br>**December 14, 2016 at 4:00 p.m. (ET)**<br><br>**Ref Docket Nos. 103, 167, 187, 347, 354, and 361** |

**FURTHER SUPPLEMENTAL NOTICE OF (I) POSSIBLE**
**TREATMENT OF CONTRACTS AND LEASES, (II) FIXING OF CURE**
**AMOUNTS, AND (III) DEADLINE TO OBJECT THERETO**

     **PLEASE TAKE NOTICE** that, on October 7, 2016, the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Motion for Orders (A)(I) Authorizing and Approving Bid Procedures, (II) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA, (III) Approving Notice Procedures, (IV) Scheduling a Sale Hearing, and (V) Approving Procedures for Assumption and Assignment and Determining Cure Amounts and (B)(I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (II) Approving the Stalking Horse APA; and (III) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 103] (the "<u>Sale Motion</u>"),[2] with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"), seeking, among other things, entry of an order (the "<u>Sale Order</u>") authorizing and approving: (a) the sale (the "<u>Sale</u>") of certain assets (the "<u>Purchased Assets</u>") free and clear of all liens, claims, encumbrances, and other interests (other than Permitted Encumbrances (as defined in the Asset Purchase Agreement dated November 14, 2016 (in substantially the form filed on November 14, 2016 as Docket No. 347, the "<u>Stalking Horse APA</u>")), with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the Sale proceeds, to GFRC Acquisition LLC, a Delaware limited liability company (together with its permitted designees, successors and permitted assignees in accordance with the Stalking Horse APA, the "<u>Stalking Horse Bidder</u>"), an affiliate of the TLA Lenders, except as set forth in the Stalking Horse APA and subject to higher or otherwise better offers; and (b) certain procedures for the assumption and assignment of executory contracts (the "<u>Contracts</u>") and unexpired leases (the "<u>Leases</u>") in connection with the Sale.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc. (8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376). The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

[2] Unless otherwise stated, all capitalized terms not defined herein shall have the same meaning as set forth in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that you are receiving this notice (the "<u>Further Supplemental Cure Notice</u>") because you or one of your affiliates may be a counterparty to one or more of the Contracts or Leases with one or more of the Debtors as set forth on <u>Exhibit A</u> attached hereto (the "<u>Contract and Lease Schedule</u>").[3] If the Court enters the Sale Order, the Debtors <u>may</u> assume and assign or reject the Contract and/or Lease listed on the Contract and Lease Schedule, to which you are a counterparty, either as of the Closing Date (as defined in the Stalking Horse APA) or a later date pursuant to the Stalking Horse APA or the Successful Bidder APA, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, based on their books and records, that the cure amounts necessary to cure all defaults, if any, and to pay all actual or pecuniary losses that have resulted from such defaults under the Contracts and Leases (the "<u>Cure Amounts</u>") are in the total amount as set forth on the Contract and Lease Schedule attached hereto as **<u>Exhibit A</u>**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will serve contract counterparties adequate assurance information regarding the Stalking Horse Bidder by November 22, 2016. On or before December 5, 2016, the Debtors shall serve contract counterparties adequate assurance information regarding other potential bidders, if any. If a party becomes a potential bidder after 5:00 p.m. (Prevailing Eastern Time) on December 2, 2016, the Debtors shall serve contract counterparties adequate insurance information for that potential bidder within one (1) business day of receipt of such information.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Amounts, object to the adequate assurance of future performance by the Stalking Horse Bidder with respect to the Contract or Lease, or otherwise object to the potential assumption and assignment of the Contract or Lease in connection with the Sale, you must file with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and serve an objection (an "<u>Objection</u>") on the following parties so as to be actually received before **4:00 p.m. (prevailing Eastern Time) on November 29, 2016** (the "<u>Cure Objection Deadline</u>")[4] with respect to the proposed Cure Amounts and before **4:00 p.m. (prevailing Eastern Time) on December 9, 2016** (the "<u>Sale Objection Deadline</u>") with respect to adequate assurance of future performance with respect to the assignment of the Contract or Lease to the Stalking Horse Bidder, or otherwise object to the potential assumption and assignment of the Contract or Lease in connection with the Sale: (a) the Debtors: Garden Fresh Restaurant Intermediate Holding, LLC, 15822 Bernardo Center Drive, Suite A, San Diego, CA 92127, Attn: John D. Morberg (jmorberg@gardenfreshcorp.com); (b) counsel to the Debtors: Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178, Attn: Neil E. Herman, Esq. (neil.herman@morganlewis.com), James O. Moore, Esq. (james.moore@morganlewis.com) and Katherine L. Lindsay, Esq. (katherine.lindsay@morganlewis.com), and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801; Attn: Michael R. Nestor, Esq. (mnestor@ycst.com), Kenneth J. Enos, Esq. (kenos@ycst.com) and Ian J. Bambrick, Esq. (ibambrick@ycst.com); (c) the Office of the United States Trustee for the District of Delaware (the "<u>US Trustee</u>"): 844 King Street, Room 2207, Wilmington, Delaware 19801; Attn: Juliet M. Sarkessian, Esq. (Juliet.M.Sarkessian@usdoj.gov); (d) proposed counsel to the official committee of unsecured creditors appointed in the Cases: Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, Attn: Jason R. Adams, Esq. (JAdams@KelleyDrye.com) and Eric R. Wilson, Esq. (EWilson@KelleyDrye.com); (e) counsel to the TLB Lenders: (i) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Jayme T. Goldstein, Esq. (jgoldstein@stroock.com) and Daniel P. Ginsberg, Esq. (dginsberg@stroock.com) and (ii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street,

---

[3] This Further Supplemental Cure Notice is being sent to counterparties to contracts and leases that may be executory contracts and unexpired leases. This Further Supplemental Cure Notice is *not* an admission by the Debtors that such contract or lease is executory or unexpired.

[4] The deadline to object to proposed cure amounts set forth herein supersedes any inconsistent deadline previously set forth in the *Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto* [Docket No. 167] and the *Supplemental Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto* [Docket No. 187] filed on October 21, 2016 and October 26, 2016, respectively.

17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com); (f) counsel to the DIP Agent, the TLA Agent, and the Stalking Horse Bidder: (i) Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067, Attn: Michael L. Tuchin, Esq. (Mtuchin@ktbslaw.com) and David M. Guess, Esq. (Dguess@ktbslaw.com) and (ii) Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Esq. (collins@rlf.com); (g) counsel to the TLB Agent: Holland & Knight LLP, 131 South Dearborn Street, 30th Floor, Chicago, IL 60603, Attn. Joshua Spencer, Esq. (joshua.spencer@hklaw.com); (h) the financial advisor to the Debtors: Piper Jaffray & Co., 2321 Rosecrans Avenue, Suite 3200, El Segundo, CA 90245; Attn: Teri Stratton (Teri.L.Stratton@pjc.com) and Jean Hosty (Jean.E.Hosty@pjc.com); and (i) counsel to the TLC Agent and the TLD Agent: Vinson & Elkins LLP, 666 Fifth Avenue, 26th Floor, New York, NY 10103, Attn: Steve M. Abramowitz, Esq. (SAbramowitz@velaw.com). All Objections must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Rules and any orders of the Court; and (iii) state with specificity the nature of the objection and, if the objection pertains to the Cure Amount, the cure amount alleged by the objecting counterparty, together with any applicable and appropriate documentation in support thereof.

**PLEASE TAKE FURTHER NOTICE** that if and only if the Stalking Horse Bidder is **not** the Successful Bidder for the Purchased Assets, counterparties to the Contracts and Leases shall have until the **4:00 p.m. (prevailing Eastern Time) on December 14, 2016** to object to the assumption and assignment of the Contracts and Leases **solely** on the issue of whether such Successful Bidder can provide adequate assurance of future performance as required by section 365 of the Bankruptcy Code. For the avoidance of doubt, if the Stalking Horse Bidder is the Successful Bidder, all adequate assurance objections must be filed by the Sale Objection Deadline, which is **4:00 p.m. (prevailing Eastern Time) on December 9, 2016**.

**PLEASE TAKE FURTHER NOTICE** that, by the earlier of (i) twenty-four hours following the close of the Auction or (ii) the close of business on December 9, 2016, the Debtors shall file a notice identifying the Successful Bidder and serve such notice by fax, email or (if neither is available) FedEx to all counterparties to Contracts or Leases and by fax or email to all creditors of the Debtors who have requested the same in writing and provided their fax number, email address or street address, as applicable, to Debtors' counsel.

**PLEASE TAKE FURTHER NOTICE that any party who fails to timely file an objection shall be deemed to have consented to the assumption and assignment of the Contract or Lease in connection with the Sale, and the Cure Amounts proposed by the Debtors in this Further Supplemental Cure Notice, and shall be forever enjoined and barred from seeking any additional amount(s) on account of the Debtors' cure obligations under section 365 of the Bankruptcy Code or otherwise from the Debtors or their estates (except with respect to matters arising under the Contract or Lease after the Cure Objection Deadline).**

**PLEASE TAKE FURTHER NOTICE** *that, for the avoidance of doubt, if you have already filed an Objection to the Cure Amount set forth on Exhibit A hereto, no further Objection is required.*

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption and assignment or related cure of a Contract or Lease in connection with the Sale that remains unresolved as of the Sale Hearing shall be heard at the Sale Hearing (or at a later date as fixed by the Court) provided that any such objection may be adjourned, in full or in part, by the Debtors to a later date by listing such adjournment in a notice of agenda or other notice filed on the docket of the Cases and served on the affected counterparty.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby reserve all rights to amend, revise or supplement any documents relating to the Sale and/or to be executed, delivered, assumed and/or performed in connection with the Sale or the Stalking Horse APA or Successful Bidder APA, as applicable, including the Contract and Lease Schedule.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, this Further Supplemental Cure Notice shall not be deemed to be an assumption, rejection, or termination of any of the Contracts and Leases. Moreover, the Debtors explicitly reserve their rights to reject or assume any of the Contracts and Leases pursuant to section 365(a) of the Bankruptcy Code and nothing herein (a) alters in any

way the prepetition nature of the Contracts and Leases or the validity, priority, or amount of any claims of counterparties to the Contracts and Leases against the Debtors that may arise under such Contracts and Leases, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of counterparties to the Contracts and Leases against the Debtors that may arise under such Contracts and Leases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion (and all exhibits thereto), the Bid Procedures Order, the Bid Procedures, proposed Sale Order (and all exhibits thereto), and the Stalking Horse APA are available for review free of charge by accessing http://dm.epiq11.com/GFR.  In addition, copies of such documents are available upon written request via first class mail to Epiq Bankruptcy Solutions, LLC, Re: Garden Fresh Restaurant Intermediate Holding LLC, et al., 777 Third Avenue, 12th Floor, New York, NY 10017, via telephone at (646) 282-2400, or via email at epiqteamblue@epiqsystems.com.

| | |
|---|---|
| Dated:  November 22, 2016<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ *Ian J. Bambrick*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Ian J. Bambrick (No. 5455)
1000 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600

-and-

MORGAN LEWIS & BOCKIUS LLP
Neil E. Herman (admitted *pro hac vice*)
James O. Moore (*pro hac vice* pending)
Katherine L. Lindsay Moore (*pro hac vice* pending)
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000

*Counsel to the Debtors and Debtors in Possession*