FILED

2017 FEB 24  AM 10: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# In the United States Bankruptcy Court

# For the District of Delaware

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GARDEN FRESH RESTAURANT | ) Case No. .16-12174 (CS) |
| INTERMEDIATE HOLDING, LLC, et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Ref. Docket Nos. 611 and 457 |
| | ) |

## OBJECTION TO MOTION TO WITHDRAW - DOCKET #611

1. I am the client of attorney Mark M. Billion, to whose Motion to Withdraw, docket #611, I hereby object.

2. I hired Mr. Billion to bring a Motion for Relief from Stay, and the same was filed by him on December 16, 2016 at docket no. 457. I paid him in full as a flat fee to bring this motion. It was, and is, brought in good faith and for a proper purpose, and there is no ethical or legal reason why that motion should not be heard and decided by this Court.

3. The only development which has occurred, as Mr. Billion's motion puts it, is that I have declined to stipulate to terms outside of those expressed in the motion as proposed by the Debtor's counsel. Apart my unwillingness to stipulate, nothing has occurred.

4. I am a resident of California and it would pose extreme hardship on me if this motion were granted because I cannot appear in person before this court to argue

the motion, AND because Mr. Billion has been paid in full to represent me with regards to this motion, which would include appearing at any hearing. However, this hardship would be relieved if the Court would merely take the Motion for Relief from Stay under submission and decide it without formal hearing. Otherwise, there is no other practical way to alleviate the hardship that allowing Mr. Billion to withdraw would bring on me.

5. Mr. Billion has expressed no ethical or legal reservation about the Motion for Relief from Stay, only his desire to reach a Stipulation instead of having the motion heard and decided by the Court. Since he has been paid in full for all services related to that motion, he should not be allowed to withdraw leaving me with no counsel to argue the motion.

6. Because of the absence of good cause for counsel's withdrawal, and because he is ethically and contractually bound to represent me through the hearing on the Motion for Relief from Stay, this Motion to Withdraw is objectionable, and should be denied.

/S/

Dated: February 23, 2017

LEONIE FARBER
c/o Paul Rolf Jensen
650 Town Center Drive, 12th Floor
Costa Mesa, California 92626