**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, *et al.*** [1, 2]
Debtors

**Case No. 16-12174 (CSS)**
Reporting Period: Jul-17

**MONTHLY OPERATING REPORT**[3]

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | x |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | x |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | | x |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | x |
| Copies of tax returns filed during reporting period | | | | x |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | n/c/n | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Authorized Individual*

8/18/2017
Date

Tim Boates
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Garden Fresh Restaurant Intermediate Holding, LLC (7513); Garden Fresh Holdings, Inc. (8804); GF Holdings, Inc.(8783); Garden Fresh Restaurant Corp. (8786); and Garden Fresh Promotions, LLC (1376). The location of the Debtors' corporate headquarters is 15822 Bernardo Center Drive, Suite A, San Diego, California 92127.

[2] As provided by Order 613, debtors were authorized to change their corporate names as set forth below effective 2/13/17:

| Old Company Name | New Company Name | Last Four Digits of Federal Tax ID |
|---|---|---|
| Garden Fresh Restaurant Intermediate Holding, LLC | Fresh-G Restaurant Intermediate Holding, LLC | 7513 |
| Garden Fresh Holdings, Inc. | Fresh-G Holdings, Inc. | 8804 |
| GF Holdings, Inc. | Fresh-GF Holdings, Inc. | 8783 |
| Garden Fresh Restaurant Corp. | Fresh-G Restaurant Corp. | 8786 |
| Garden Fresh Promotions, LLC | Fresh-G Promotions, LLC | 1376 |

[3] As provided by Order 518, the debtors received authorization and the approval for the asset purchase sale, which was effective February 1, 2017 as documented under Order 583. The financial information reported within the February MOR reflects the consummation of those transactions. All assets were purchased and certain liabilities were assumed by GFRC Holdings LLC (the "Buyer") effective 2/1/17.

In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, et al.
Debtors

Case No. 16-12174 (CSS)
Jul-17

MOR 1

I, Tim Boates, Chief Restructuring Officer of Fresh-G Restaurant Corp. f/k/a Garden Fresh Restaurant Corp., on behalf of itself and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby certify as follows:

1 Attached as MOR-1a is a listing of the Debtors' bank accounts, by account number, and the opening and closing balances for the reported period. Such accounts were reconciled in accordance with the Debtors' ordinary course accounting practices.

2 To the best of my knowledge and belief, the Debtors are current on all post-petition taxes, and no post-petition tax amounts are past due, and all required tax returns and/or extensions have been filed.

3 The Debtors do not age their accounts receivable.

Timothy D. Boates

Signature of Authorized Individual

8/18/2017
Date

Tim Boates
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, et al. Case No. 16-12174 (CSS)
Debtors Reporting Period: Jul-17

Schedule of Receipts and Disbursements[4]
MOR 1a

*($ in thousands)*

| | Bank Account | Current Month | | Cumulative | |
|---|---|---|---|---|---|
| | Operating Account | Actual | Projected | Actual | Projected |
| Total Receipts | $ 10 | $ 10 | $ 10 | $ 96,379 | $ 96,379 |
| Disbursements: | | | | | |
| Food and Operating | - | - | - | 32,651 | 32,651 |
| Payroll (CLEARING), Rent, Utilities and Other | - | - | - | 47,584 | 47,584 |
| Insurance Related | - | - | - | 2,883 | 2,883 |
| Capital Expenditures | - | - | - | 1,250 | 1,250 |
| Interest | - | - | - | 4,023 | 4,023 |
| Debtors Professionals | 29 | 29 | 29 | 1,697 | 1,697 |
| UCC Professionals | | - | - | 749 | 749 |
| Other Professionals and Bankruptcy Expenses | 8 | 8 | 8 | 3,544 | 3,544 |
| Total Disbursements | 37 | 37 | 37 | 94,382 | 94,382 |
| Net Change in Cash | $ (27) | $ (27) | $ (27) | $ 1,996 | $ 1,996 |
| Cash Balance - BOOK - Beginning | $ 398 | $ 398 | $ 398 | $ 1,806 | $ 1,806 |
| Transferred to Buyer[5] | - | - | - | (6,431) | (6,431) |
| Net Cash Flow | (27) | (27) | (27) | 1,996 | 1,996 |
| DIP Draw | - | - | - | 3,000 | 3,000 |
| Cash Balance - BOOK - Ending | $ 371 | $ 371 | $ 371 | $ 371 | $ 371 |

[4] The period covered by MOR1a in particular, as it relates to cash disbursements, is from July 1, 2017 (the first day following the last DIP Report) through July 31, 2017 (ending reporting date for the July MOR).

[5] As provided by Order 518, the debtors received authorization and the approval for the asset purchase sale, which was effective February 1, 2017 as documented under Order 583. The financial information reported within the February MOR reflects the consummation of those transactions. All assets were purchased and certain liabilities were assumed by the Buyer effective 2/1/17. All cash was transferred to the Buyer on 2/1/17. A total of $2,681K was funded to the debtors for the payment of bankruptcy liabilities.

**In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, et al.** **Case No. 16-12174 (CSS)** **i-12174 (CSS)**

Debtors Reporting Period: Reporting Peri Jul-17

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1a**

| | GL Account # | Bank Account # | Beginning Balance 9/30/2016 | Ending Balance 10/31/2016 | Ending Balance 11/30/2016 | Ending Balance 12/31/2016 | Ending Balance 1/31/2017 | Ending Balance 2/28/2017 | Ending Balance 3/31/2017 | Ending Balance 4/30/2017 | Ending Balance 5/31/2017 | Ending Balance 6/30/2017 | Ending Balance 7/31/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELLS FARGO A/P | TRANSFERED | | (710,811) | (1,315,099) | (4,205,031) | (1,863,983) | (1,820,672) | | | | | | |
| WELLS FARGO- PAYROLL | TRANSFERED | | (1,381,419) | (849,337) | (574,330) | (487,281) | (374,152) | | | | | | |
| WELLS FARGO DEPOSIT ACCOUNT | TRANSFERED | | 663,281 | 720,225 | 540,416 | 920,922 | 780,738 | | | | | | |
| WELLS FARGO CASH ORDER ACCT | TRANSFERED | | 50,932 | 54,203 | 54,203 | 48,701 | 47,921 | | | | | | |
| WELLS FARGO CREDIT CARD | TRANSFERED | | 1,231,576 | 2,343,391 | 927,863 | 1,775,894 | 929,122 | | | | | | |
| NEW WELLS FARGO CONCENTRATION | TRANSFERED | | 1,806,243 | 5,368,645 | 11,142,793 | 9,413,940 | 8,276,959 | | | | | | |
| GF Promotions LLC | TRANSFERED | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | | | | | |
| WELLS FARGO UTILITY | TRANSFERED | | | | | 344,493 | 344,493 | | | | | | |
| Petty Cash - Store Level | TRANSFERED | | 252,400 | 212,400 | 212,400 | 214,900 | 212,400 | | | | | | |
| Wells Fargo, Fresh-G | NEW | XXXX-XX6004 | | | | | | 190,000 | 99,941 | 99,941 | 99,941 | 99,941 | 99,941 |
| Trust Account | NEW | n/a, held in trust with YCST | | | | | | 2,299,828 | 1,387,030 | 416,328 | 297,952 | 297,952 | 271,208 |
| Total Cash and Cash Equivalents | | | 1,913,202 | 6,535,428 | 8,099,313 | 10,368,586 | 8,397,809 | 2,489,828 | 1,486,971 | 516,270 | 397,893 | 397,893 | 371,149 |
| Included as other current assets: | | | | | | | | | | | | | |
| Citibank/CIGNA Health Main | TRANSFERED | | 77,000 | 77,000 | 77,000 | 77,000 | 77,000 | | | | | | |

In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, et al.
Debtors

Case No. 16-12174 (CSS)
Reporting Period: Jul-17

MOR 1b
SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| MORGAN LEWIS & BOCKIUS | | | | | | | | $ 862,544.89 | $ 3,349.61 |
| YOUNG CONAWAY STARGATT | | | | | | | | $ 812,651.34 | $ 28,980.23 |
| RAS MANAGEMENT ADVISORS LLC | July, 2017 | $ 10,000.00 | Fresh-G Restaurant Corp (DIP# 16-12177) | Wire | 7/5/2017 | $ 10,000.00 | | $ 60,000.00 | $ - |
| EPIQ BANKRUPTCY SOLUTIONS LLC | May, 2017 | $ 18,943.97 | Fresh-G Restaurant Corp (DIP# 16-12177) | Wire | 7/5/2017 | $ 18,943.97 | | $ 207,089.29 | $ 32,065.14 |
| PIPER JAFFREY | | | | | | | | $ 850,000.00 | $ 33,565.93 |
| | | | | | | | | | |
| | | | | | | | | | |
| Province, Inc. | | | | | | | | $ 187,904.00 | $ 132.32 |
| KELLEY DRYE & WARREN LLP | | | | | | | | $ 489,751.18 | $ 9,513.92 |
| DRINKER BIDDLE & REATH LLP | | | | | | | | $ 61,782.20 | $ 242.00 |
| | | | | | | | | | |

**In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, et al.**
Debtors

Case No. 16-12174 (CSS)
Jul-17

Disbursements Journal

| Vendor Name | Vendor code | Invoice/PO # | Payment Date | Amount | Payment Method |
|---|---|---|---|---|---|
| Other Professionals and Bankruptcy Expenses | | | | | |
| Professional Payments: | | | | | |
| *Debtors Professionals:* | | | | | |
| YOUNG CONAWAY STARGATT | | | | - | |
| PIPER JAFFREY | | | | | |
| RAS MANAGEMENT ADVISORS LLC | | July, 2017 | 7/5/2017 | 10,000 | Wire |
| Subtotal | | | | 10,000 | |
| *UCC Professionals:* | | | | | |
| KELLEY DRYE & WARREN LLP | | | | | |
| DRINKER BIDDLE & REATH LLP | | | | | |
| *Other Professionals and Bankruptcy Expenses* | | | | | |
| EPIQ BANKRUPTCY SOLUTIONS LLC | | May, 2017 | | 18,944 | Wire |
| EPIQ BANKRUPTCY SOLUTIONS LLC | | | | | |
| UST Fees | | Q2-2017 | | 7,800 | Check |
| Subtotal | | | | 26,744 | |
| Total Other Professionals and Bankruptcy Expenses | | | | 36,744 | |
| Total June 2017 Disbursements | | | | 36,744 | |

In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, *et al.*
Debtors

Case No. 16-12174 (CSS)
Jul-17

| Disbursements for calculating U.S. Trustee Quarterly fees: (From "Current Month Column") | | | | | | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | Fresh-G Holdings, Inc. 16-12175 | Fresh-GF Holdings, Inc. 16-12176 | Fresh-G Restaurant Corp. 16-12177 | Fresh-G Promotions, LLC 16-12178 | Fresh-G Restaurant Intermediate Holding, LLC 16-12174 | CONS. TOTAL ALL | CONS. ACTUAL | CONS. PROJECTED |
| TOTAL DISBURSEMENTS (per cash disbursements journal): | - | - | 36,744 | - | | 36,744 | 94,443,577 | UNKNOWN |
| Less: Transfers and allocations (to Debtors) | - | - | - | - | | - | 69,599 | UNKNOWN |
| Plus: Amounts netted by third parties not captured above. | - | - | | | | - | - | UNKNOWN |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - | - | 36,744 | - | - | 36,744 | 94,373,977 | UNKNOWN |

Notes:

The following debtors are non-operating without financial related information:

| Entity | Role | Case Number | Notes |
|---|---|---|---|
| Fresh-G Holdings, Inc. f/k/a Garden Fresh Holdings, Inc. | Parent | 16-12175 | No assets, liabilities, nor expenses are transacted at this level |
| Fresh-GF Holdings, Inc. f/k/a GF Holdings, Inc. | Subsidiary | 16-12176 | No assets, liabilities, nor expenses are transacted at this level |
| Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC | Super HoldCo | 16-12174 | No assets, liabilities, nor expenses are transacted at this level |

Only one debtor (16-12177), is the only entity with cash disbursements. The allocation of expenses related to Debtor 16-12178 is a result of intercompany allocations and costs paid by Debtor # 16-12177 on behalf of Debtor # 16-12178.

In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, et al. [6]

Reporting Period: Case No. 16-12174 (CSS)

Jul-17

MOR 2
CONSOLIDATING STATEMENT OF OPERATIONS
(Income Statement)
For the month ended 6/30/17

| Debtor Identification | 16-12177 | 16-12178 | 16-12174 | | |
|---|---|---|---|---|---|
| Debtor Name | Fresh-G Restaurant | Fresh-G Promotions | Fresh-G Intermediate | Eliminations | Consolidated |
| Restaurant Sales | - | - | - | - | - |
| Wholesale Sales | - | - | - | - | - |
| Total Sales | - | - | - | - | - |
| Cost of Sales: | | | | | |
| Food Costs | - | - | - | - | - |
| Purchase Discounts | - | - | - | - | - |
| Distribution Expenses | - | - | - | - | - |
| Total cost of sales | - | - | - | - | - |
| Store expenses | | | | | |
| Payroll and fringe benefits | - | - | - | - | - |
| Occupancy costs | - | - | - | - | - |
| Store operating expense | - | - | - | - | - |
| Total Store Expenses | - | - | - | - | - |
| Central Kitchen Expenses | | | | | |
| Kitchen payroll and fringe | - | - | - | - | - |
| Kitchen occupancy costs | - | - | - | - | - |
| Kitchen operating expenses | - | - | - | - | - |
| Total Central Kitchen Expenses | - | - | - | - | - |
| Marketing | - | - | - | - | - |
| Store Contribution | - | - | - | - | - |
| General & Administrative Expenses | | | | | |
| Corporate payroll & fringe | - | - | - | - | - |
| Corporate operations | - | - | - | - | - |
| Total General & Administrative | - | - | - | - | - |
| EBITDA | - | - | - | - | - |
| Depreciation | - | - | - | - | - |
| Amortization | | - | - | - | - |
| Non-Cash Rent Expense | - | - | - | - | - |
| Management Fees / Other | | - | - | - | - |
| Operating Income | - | - | - | - | - |
| Interest Expense, net | | - | - | - | - |
| Other Expense, net | - | - | - | - | - |
| Earnings (Loss) Before Income Taxes | - | - | - | - | - |
| Income Taxes (Benefits) | - | - | - | - | - |
| Net Income(Loss) | - | - | - | - | - |

Note the following debtors are non-operating without financial related information:

| [6] Entity | Role | Case Number | Notes |
|---|---|---|---|
| Fresh-G Holdings, Inc. f/k/a Garden Fresh Holdings, Inc. | Parent | 16-12175 | No assets, liabilities, nor expenses are transacted at this level |
| Fresh-GF Holdings, Inc. f/k/a GF Holdings, Inc. | Subsidiary | 16-12176 | No assets, liabilities, nor expenses are transacted at this level |

In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, *et al.* [7]
Debtors

Case No. 16-12174 (CSS)
Jul-17

MOR 3
CONSOLIDATING BALANCE SHEET
As of 6/30/17

| Debtor Identification[7] | 16-12177 | 16-12178 | 16-12174 | | |
|---|---|---|---|---|---|
| Debtor Name | Fresh-G Restaurant | Fresh-G Promotions | Fresh-G | Eliminations | Consolidated |
| ASSETS | | | | | |
| ======= | | | | | |
| CURRENT ASSETS: | | | | | |
| CASH | 371,149 | - | - | - | 371,149 |
| INVENTORY | - | - | - | - | - |
| OTHER CURRENT ASSETS | - | - | - | - | - |
| TOTAL CURRENT ASSETS | 371,149 | - | - | - | 371,149 |
| NET FIXED ASSETS | - | - | - | - | - |
| DEPOSITS & OTHER | - | - | 7,500,000 | (7,500,000) | - |
| GOODWILL | - | - | - | - | - |
| TRADEMARK | - | - | - | - | - |
| INTERCOMPANY | - | - | - | - | - |
| TOTAL ASSETS | 371,149 | - | 7,500,000 | (7,500,000) | 371,149 |
| LIABILITIES & EQUITY | | | | | |
| ================== | | | | | |
| CURRENT LIABILITIES: | | | | | |
| ACCOUNTS PAYABLE | 371,149 | - | - | - | 371,149 |
| DIP FINANCING | - | - | - | - | - |
| TERM LOAN A | - | - | - | - | - |
| ACCRUED LIABILITIES | 7,170,673 | - | - | - | 7,170,673 |
| TOTAL CURRENT LIABILITIES | 7,541,822 | - | - | - | 7,541,822 |
| DEFERRED INCOME TAXES | 6,234,161 | - | - | - | 6,234,161 |
| OTHER LIABILITIES | 6,852,643 | - | - | - | 6,852,643 |
| LONG TERM DEBT | - | - | - | - | - |
| TOTAL Post Liabilities | 20,628,626 | - | - | - | 20,628,626 |
| PRE Petition Liabilities | | | | | |
| Secured Debt: | | | | | |
| Term Loans | | - | - | - | - |
| Capital Leases | 28,731 | - | - | - | 28,731 |
| Priority Claims: | - | - | - | - | - |
| 503b | - | - | - | - | - |
| PACA | - | - | - | - | - |
| Employee Unpaid Vacation | - | - | - | - | - |
| Unsecured : | | | | | |
| Unsecured Accounts payable subject to compromise | 16,680,233 | - | - | - | 16,680,233 |
| Total Pre Petition Liabilities | 16,708,964 | - | - | - | 16,708,964 |
| SHAREHOLDERS' EQUITY: | | | | | |
| Preferred Shares | - | - | 16,781,303 | - | 16,781,303 |
| COMMON STOCK | 19 | - | - | - | 19 |
| PAID-IN-CAPITAL | 66,172,673 | - | (8,758,910) | (7,500,000) | 49,913,763 |
| RETAINED EARNINGS | (103,139,134) | - | (522,393) | - | (103,661,527) |
| TOTAL EQUITY | (36,966,442) | - | 7,500,000 | (7,500,000) | (36,966,442) |
| TOTAL LIAB AND EQUITY | 371,149 | - | 7,500,000 | (7,500,000) | 371,149 |
| | 1 | - | - | - | 1 |

[7] Note the following debtors are non-operating without financial related information:

| Entity | Role | Case Number | Notes |
|---|---|---|---|
| Fresh-G Holdings, Inc. f/k/a Garden Fresh Holdings, Inc. | Parent | 16-12175 | No assets, liabilities, nor expenses are transacted at this level |
| Fresh-GF Holdings, Inc. f/k/a GF Holdings, Inc. | Subsidiary | 16-12176 | No assets, liabilities, nor expenses are transacted at this level |

In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, *et al.*
Debtors

Case No. 16-12174 (CSS)
Reporting Period: Jul-17

MOR 3a
BALANCE SHEET DETAILS
As of 6/30/17

| | | |
|---|---|---|
| OTHER CURRENT ASSETS | | |
| Prepaid Rent | - | |
| Prepaid Taxes | - | |
| Prepaid Insurance | - | |
| Other Prepaids | - | |
| Capital Lease Receivable ST | - | |
| Other Receivables | - | |
| Prepaid Marketing | - | |
| Debt Issuance Costs | - | |
| TOTAL OTHER CURRENT ASSETS | - | |
| | | |
| OTHER LONG TERM ASSETS | | |
| Life Insurance Policies | - | |
| Deposits | - | |
| Capital Lease Receivable LT | - | |
| TOTAL OTHER LONG TERM ASSETS | - | |
| | | |
| ACCRUED LIABILITIES | | |
| Accrued Payroll | - | |
| Accrued Interest | - | |
| Accrued Taxes | - | |
| Accrued Sales Tax | - | |
| Accrued Insurance | 3,543,317 | |
| Other Accrued Liabilities | 3,518,428 | a. |
| Deferred Rebates | 108,928 | |
| Gift Card Liability | - | |
| Total Accrued Liabilities | 7,170,673 | |
| | | |
| OTHER LT LIABILITIES | | |
| Sublease Security Deposit | - | |
| Deferred Comp Liability | - | |
| Deferred Tenant Improvement | - | |
| Deferred Rent | 6,852,637 | b. |
| TOTAL OTHER LT LIABILITIES | 6,852,637 | |

a. A portion of these liabilities have been, or will be, assumed by the purchaser of the Debtors' assets. As of the date of this report, the Debtors do not yet have a final accounting of such assumed liabilities

b. Under the Asset Purchase Agreement, the purchaser of the Debtors' assets has agreed to assume all liabilities in respect of all amounts due to landlords under real property leases for leased real property with respect to the period of occupancy of such leased real property by the Debtors after the Petition Date, to the extent ordered by the Bankruptcy Court. As of the date of this report, the Debtors do not yet have a final accounting of such assumed liabilities.

In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, *et al.* Case No. 16-12174 (CSS)
Debtors Reporting Period: Jul-17

MOR 4
STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA & FMED -Employee | | | - | | | |
| FICA & FMED -Employer | | | - | | | |
| Unemployment | | | - | | | |
| Income | | | - | | | |
| Other:_______________ | | | | | | |
| Total Federal Taxes | | | - | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales and Use Taxes | | | - | | | |
| Excise | | | | | | |
| Unemployment | | | - | | | |
| Income | | | - | | | |
| Real Property | | | - | | | |
| Personal Property | | | | | | |
| Other:_______________ | | | | | | |
| Total State and Local | | | - | | | |
| Total Taxes, Federal and Local | | | - | | | |

SUMMARY OF UNPAID POSTPETITION DEBTS

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | 99,941 | | | | 99,941 |
| Wages Payable, including Vacation | - | | | | | - |
| Amounts Due to Insiders* | - | | | | | - |
| Taxes Payable, State, Property, and Sales Tax | - | | | | | - |
| Accrued Insurance | | | | | 3,543,317 | 3,543,317 |
| Rent/Leases-Building, included in A/P | | | | | | - |
| Rent/Leases-Equipment, included in A/P | | | | | | - |
| Professional Fees, Trustee Fees ONLY | - | 271,208 | | | | 271,208 |
| Interest | - | | | | | - |
| Gift Cards | - | | | | | - |
| Accrued Liabilities | | | | | 3,627,356 | 3,627,356 |
| DIP Financing Loan | - | | | | | - |
| Term Loan A[8] | - | | | | | - |
| Deferred Taxes, Long Term[8] | | | | | 6,234,161 | 6,234,161 |
| Other Liabilities, Long Term[8] | | | | | 6,852,643 | 6,852,643 |
| | | | | | | |
| Total Postpetition Debts | - | 371,149 | - | - | 20,257,477 | 20,628,626 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

Post petition obligations are paid as they become due.

*"Insider" is defined in 11 U.S.C. Section 101(31). Payroll liabilities related to insiders are estimated as of 12/31/16.

[9] Although not post-petition debts, the Debtors have included these liabilities herein for the purpose of full disclosure.

**In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, *et al.***

Debtors **Case No. 16-12174 (CSS)**

Reporting Period: Jul-17

MOR 4b

Sales and Use Tax Payments by Date

No payments made by debtor during the month ended July 31, 2017. All sales and use tax liabilities as of January 31, 2017 were assumed by the buyer with the Asset Purchase Agreement.

**In re Fresh-G Restaurant Intermediate Holding, LLC f/k/a Garden Fresh Restaurant Intermediate Holding, LLC, *et al.***

Debtors

**Case No. 16-12174 (CSS)**

Reporting Period: Jul-17

**MOR 5**

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| **Accounts Receivable Reconciliation** | **Amount** | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ - | |
| + Amounts billed during the period | - | |
| - Amounts collected during the period | - | |
| - Amounts purchased by buyer | - | |
| Total Accounts Receivable at the end of the reporting period | $ - | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | $ - | |
| Amount considered uncollectible (Bad Debt) | - | |
| Accounts Receivable (Net) | $ - | |

**DEBTOR QUESTIONNAIRE**

| **Must be completed each month** | **Yes** | **No** |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | n/a, see note below | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | Yes, see note below | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

**General Note:**

All assets of Fresh-G Restaurant Intermediate Holding, LLC et al. were purchased under the asset purchase agreement, under Order 518. As part of the purchase agreement, the buyer assumed specified liabilities, including all tax related liabilities. All related filings are now the responsibility of the Buyer. As part of the purchase agreement terms, a total of $2,680,668 was transferred for bankruptcy related liabilities, and a new account was created for this purpose in the name of Fresh-G Restaurant Intermediate Holding LLC. In addition, the majority of these funds are held in a trust account.

**New Banking Information is listed as follows:**

| **Bank Name** | **Account Number** | **Date Opened** |
|---|---|---|
| Wells Fargo, Fresh-G | XXXX-XX6004 | 2/1/2017 |
| Trust Account | n/a, held in trust with YCST | 2/1/2017 |